# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JASON DSOUZA , et al.

PLAINTIFF(S)

v.

PATRICIA GUERRERO

DEFENDANT(S).

CASE NUMBER:

2:23–cv–08230–SVW–E

**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

_____        _____        _____

Date Filed            Doc. No.        Title of Doc.

**ERROR(S) WITH DOCUMENT:**

The Civil Cover Sheet (CV–71) is missing or incomplete. All civil actions presented for filing must be accompanied by a completed Civil Cover Sheet. See Local Rule 3–1. Counsel must file a completed Civil Cover Sheet immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated:  October 3, 2023             By:   /s/ Luz Hernandez  luz_hernandez@cacd.uscourts.gov
                                            Deputy Clerk