NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

T. Matthew Phillips, Esq. (SBN 165833)
4894 W. Lone Mountain Rd., No. 132
Las Vegas, Nev. 89130
(323) 314-6996

ATTORNEY(S) FOR: **Plaintiffs**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1. JASON D'SOUZA  2. KRISTINA EISENACHER<br>3. ROB EMERT  4. JENNIFER GARNICA<br>5. KRISTEN JOSEPH  6. RHONDA REYNA<br>7. PATRICIA BOONE  8. MARK FIDELMAN<br>9. DAVID KING<br><br>Plaintiffs<br><br>vs.<br><br>HON. PATRICIA GUERRERO<br>*In Her Honor's Official Capacity as Council Chair*<br>*for the Judicial Council of California*<br><br>Defendants | CASE NUMBER:<br><br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                                   Plaintiffs
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Plaintiffs know of no interested parties. | |

| | |
|---|---|
| Sept. 29, 2023 | *T. Matthew Phillips* |
| Date | Signature |
| | T. Matthew Phillips, Esq. |
| | (SBN 165833) |
| | Attorney of record for (or name of party appearing in pro per): |
| | Plaintiffs |

CV-30 (05/13)                                   NOTICE OF INTERESTED PARTIES