T. Matthew Phillips Esq. (SBN 165833)
4894 W. Lone Mtn. Rd., No. 132
Las Vegas, Nev., 89130
(323) 314-6996
TMatthewPhillips@aol.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JASON D'SOUZA et. al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:23-cv-08230-SVW-E |
| v. | |
| HON. PATRICIA GUERRERO | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed   ☐ Lodged:  (**List Documents**)

**Reason:**
☐ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☑ Other:

Attached is Plaintiffs' Statement of Consent to Proceed before a United States Magistrate Judge.

Oct. 12, 2023
Date

T. Matthew Phillips, Esq.
Attorney Name
Plaintiffs
Party Represented

*Note:*   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                                  NOTICE OF MANUAL FILING OR LODGING