# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DSOUZA , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>PATRICIA GUERRERO<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23−cv−08230−SVW−E<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|  10/12/2023  |  11  |  Request for Summons  |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The date and signature line must be left blank.

*Other Error(s):*

Please also include the wording "AS TO FIRST AMENDED COMPLAINT" after "SUMMONS IN A CIVIL ACTION."

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

                                          Clerk, U.S. District Court

                                          By:  /s/ *Alison Bandek*
Date: October 13, 2023                      *alison_bandek@cacd.uscourts.gov*
                                              Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –