AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| 1. JASON D'SOUZA<br>2. KRISTINA EISENACHER<br>3. ROB EMERT<br>4. JENNIFER GARNICA<br>5. KRISTEN JOSEPH<br>6. RHONDA REYNA<br>7. PATRICIA BOONE<br>8. MARK FIDELMAN<br>9. DAVID KING<br>10. ALISA ROTHMAN  *Plaintiffs*<br><br>HON. PATRICIA GUERRERO<br>*In Her Honor's Official Capacity<br>as Council Chair for the Judicial<br>Council of California*<br>       *vs.*<br>              *Defendant* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.<br><br>2:23-cv-08230-SVW-E |

**SUMMONS IN A CIVIL ACTION**
**AS TO FIRST AMENDED COMPLAINT**

To: *(Defendant's name and address)*

> HON. PATRICIA GUERRERO
> *In Her Honor's Official Capacity
> as Council Chair for the Judicial
> Council of California*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> T. Matthew Phillips, Esq.
> 4894 W. Lone Mountain Rd., No. 132
> Las Vegas, Nev. 89130
> TMatthewPhillips@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: October 17, 2023

*Signature of Clerk or Deputy Clerk*