MATTHEW L. GREEN, Bar No. 227904
matthew.green@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, California 92101
Telephone: (619) 525-1300
Facsimile: (619) 233-6118

Attorneys for Defendant
HON. PATRICIA GUERRERO, Chief Justice
of California and Chair of the Judicial Council
of California

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JASON D'SOUZA; et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>HON. PATRICIA GUERRERO, In Her Honor's Official Capacity as Council Chair for the Judicial Council of California,<br><br>           Defendant. | Case No. 2:23-cv-08230-SVW-E<br>Judge: Hon. Stephen V. Wilson<br><br>NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>Date:       February 26, 2024<br>Time:      1:30 p.m.<br>Courtroom: First Street Courthouse<br>               350 W. First Street<br>               Courtroom 10A, 10th Floor<br>               Los Angeles, CA 90012 |

- 1 -

TO PLAINTIFFS JASON D'SOUZA, KRISTINA EISENACHER, ROB EMERT, JENNIFER GARNICA, KRISTEN JOSEPH, RHONDA REYNA, PATRICIA BOONE, MARK FIDELMAN, DAVID KING, AND ALISA ROTHMAN AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 26, 2024, at 1:30 p.m., or as soon thereafter as the matter may be heard in the above-entitled Court, located in the First Street Courthouse at 350 W. 1st Street, Courtroom 10A, 10th Floor, Los Angeles, CA 90012, Defendant the Honorable Patricia Guerrero, Chief Justice of California, in her official capacity as the Chair of the Judicial Council of California ("Judicial Council"), will move the Court to dismiss the First Amended Complaint ("FAC") filed by Plaintiffs Jason D'Souza, Kristina Eisenacher, Rob Emert, Jennifer Garnica, Kristen Joseph, Rhonda Reyna, Patricia Boone, Mark Fidelman, David King, and Alisa Rothman under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). This motion will be made on the following grounds:

1.     The FAC fails to state a claim upon which relief can be granted under Rule 12(b)(6) because Chief Justice Guerrero acting in her official capacity is a state official and not a "person" within the meaning of 42 U.S.C. § 1983, *Will v. Michigan Dept. of State Police*, 491 U.S. 58, 71, and no liability lies against Chief Justice Guerrero under *Monell v. Department of Social Services*, 436 U.S. 658 (1978). *Krainski v. Nevada ex rel. Bd. of Regents of Nevada Sys. of Higher Educ.*, 616 F.3d 963, 968 (9th Cir. 2010).

2.     The FAC fails to state a claim upon which relief can be granted under Rule 12(b)(6) for damages under 42 U.S.C. § 1983 because Chief Justice Guerrero is a state official who enjoys immunity under the Eleventh Amendment.

3.     The FAC fails to state a claim upon which relief can be granted under Rule 12(b)(6) because no liability lies against Chief Justice Guerrero under 42 U.S.C. § 1983 based on allegedly erroneous orders issued in child custody proceedings.

/ / /

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

NOT. OF MOT. AND MOT. TO DISMISS
FIRST AM. COMPL.
2:23-CV-08230-SVW-E

4.     The FAC fails to state a claim upon which relief can be granted under Rule 12(b)(6) because the action is barred by the doctrine of judicial immunity.

5.     This Court lacks subject-matter jurisdiction under Rule 12(b)(1) over the FAC pursuant to the *Rooker-Feldman* doctrine.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 10, 2024. This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities served and filed herewith, and the pleadings and papers filed herein.

Dated:          January 16, 2024                    BEST BEST & KRIEGER LLP


By: /s/ Matthew L. Green
MATTHEW L. GREEN
Attorneys for Defendant
HON. PATRICIA GUERRERO,
Chief Justice of California and Chair
of the Judicial Council of California

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

D'Souza, et al. v. Guerrero
United States District Court, Central District of California,
Western Division, Case No. 23-cv-08230-SVW-E

## **PROOF OF SERVICE**

I, Lisa Atwood, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 655 West Broadway, 15th Floor, San Diego, California 92101. On January 16, 2024, I served a copy of the within document(s):

NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT;

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

☒ **By Electronic Service.** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's EC/ECF system.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 16, 2024, at San Diego, California.

_____
Lisa Atwood

Best Best & Krieger LLP
Attorneys at Law
655 West Broadway, 15th Floor
San Diego, California 92101

- 1 -