1
2
3
4
5
6

T. MATTHEW PHILLIPS, ESQ.
Calif. State Bar No. 165833
4894 W. Lone Mountain Rd., No. 132
Las Vegas, Nevada 89130
Tel: (323) 314-6996
TMatthewPhillips@aol.com
*Plaintiff's Counsel*

7

## UNITED STATES DISTRICT COURT

8

## CENTRAL DISTRICT *of* CALIFORNIA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1.  **JASON D'SOUZA** | ) **Case No.: 2:23-cv-08230-SVW-E** |
| 2.  **KRISTINA EISENACHER** | ) |
| 3.  **ROB EMERT** | ) *Hon. Judge Stephen V. Wilson* |
| 4.  **JENNIFER GARNICA** | ) |
| 5.  **KRISTEN JOSEPH** | ) PLAINTIFFS' |
| 6.  **RHONDA REYNA** | ) OPPOSITION *to* |
| 7.  **PATRICIA BOONE** | ) MOTION *to* DISMISS. |
| 8.  **MARK FIDELMAN** | ) |
| 9.  **DAVID KING** | ) |
| 10. **ALISA ROTHMAN** | ) |
| | ) |
| *Plaintiffs* | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **HON. PATRICIA GUERRERO** | ) <u>Next Hearing</u>: |
| *In Her Honor's Official Capacity* | ) **Feb. 26, 2024 (1:30 p.m.)** |
| *as Council Chair for the* | ) First Street Courthouse |
| *Judicial Council of California* | ) 350 W. First Street |
| | ) L.A. Calif., 90012 |
| *Defendants* | ) Courtroom 10A |
| | ) |

<u>TABLE *of* CONTENTS</u>

<u>Heading</u>:                                                      <u>Page No.</u>:

I.        INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2

II.       JUDICIAL IMMUNITY DOES NOT APPLY . . . . . . . . . . . . . . .   2

III.      ELEVENTH AMENDMENT IMMUNITY DOES NOT APPLY. . .   4

IV.      ROOKER-FELDMAN DOES NOT APPLY  . . . . . . . . . . . . . . . . . 10

V.       PLAINTIFFS STATE A VIABLE MONELL CLAIM . . . . . . . . . . 15

VI.      SUMMARY & CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*Affidavit of T. Matthew Phillips, Esq.* . . . . . . . . . . . . . . . . . . . 17

*      *      *

1

## TABLE *of* AUTHORITIES

2

<u>Case Law:</u>                                                           <u>Page No.:</u>

3

4   *Adickes v. S. H. Kress & Co.,* 398 U. S. 144 (1970) . . . . . . . . . . . .   15

5   *Board of Comm'rs of Bryan Cty. v. Brown,*

6         520 U.S. 397, 404 (1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   15

7   *Colorado River Water Conservation Dist. v. U.S.,*

8         424 U.S. 800, 817, (1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   10

9   *District of Columbia Court of Appeals v. Feldman,*

10        460 U. S. 462 (1983) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   10

11  *Ervin v. Judicial Council of California,* [No. C 08-0299 PJH,

12        (N.D. Cal. Apr. 24, 2008)] . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    8

13  *Exxon Mobil Corp. v. Saudi Basic Industries Corp.,*

14        544 U.S. 280 (2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *passim.*

15  *Franceschi v. Schwartz,* [57 F.3d 828, 831 (9th Cir. 1995) . . . . . . . .    9

16  *Great Western Mining & Mineral Co. v. Fox Rothschild LLP,*

17        615 F.3d 159, 166 (3d Cir. 2010) . . . . . . . . . . . . . . . . . . . . . . . .   13

18  *Hess v. Port Authority Trans-Hudson Corporation,*

19        513 U.S. 30, 31 (1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *passim.*

20  *Hoblock v. Albany Cnty.,* 422 F.3d 77, (2d Cir. 2005) . . . . . . . . . .   13, 14

21  *Malhan v. State Dept.,* (2019), No. 18-3373,

22        Third Circuit, (New Jersey) . . . . . . . . . . . . . . . . . . . . . . . . . . .   10

23  *McCormick v. Braverman,* 451 F.3d 382, (6th Cir. 2006) . . . . . . . .   13

24  *McKithen v. Brown,* 481 F.3d 89, 97 (2d Cir. 2007) . . . . . . . . . . .   12

25  *Lance v. Dennis,* 546 U.S. 459, 464 (2006) . . . . . . . . . . . . . . . . . .   13, 14

26  *McClellan v. Carland,* 217 U. S. 268 (1910) . . . . . . . . . . . . . . . . .   15

27  *Meyer vs. Nebraska,* 262 U.S. 390 (1923) . . . . . . . . . . . . . . . . . .    2, 15

28

*Moccio v. New York State Office of Court Admin.*,

    95 F. 3d 195, (CA2 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

*Rooker v. Fidelity Trust Co.*, 263 U. S. 413 (1923) . . . . . . . . . . . 10

*Stump v. Sparkman*, 435 U.S. 349 (1978) . . . . . . . . . . . . . . . . . . . 3

*Torres v. Judicial Council of California,* [No. 17-cv-0028

    JM (JLB), 2017 (S.D. Cal. Apr. 6, 2017)] . . . . . . . . . . . . . . 8

*VanderKodde v. Mary Jane M. Elliott, P.C.,*

    951 F.3d 397 402 (6th Cir. 2020) . . . . . . . . . . . . . . . . . . . . . . 14

*Wolfe v. Strankman*, 392 F.3d 358 (9th Cir. 2004) . . . . . . . . . . . . 8

\*    \*    \*

<u>OPPOSITION *to* MOTION *to* DISMISS</u>

**I.     Intro.**

<u>Opposition</u>:  Plaintiffs oppose the *Motion to Dismiss*, [Document #16-1; (Jan. 16, 2024)].  Plaintiffs wish to appear, via video, on Feb. 26, 2024.


**II.     Judicial Immunity Does Not Apply.**

<u>This Action Not Directed at C.J. Guerrero</u>:  Plaintiffs are not trying to hold C.J. Guerrero liable.  The *Motion to Dismiss* alleges, "[*t*]*he instant action is a thinly veiled attempt by disgruntled state court litigants to hold Chief Justice Guerrero liable*," [MTD, #16-1, (p. 2, line 10)].  But this is incorrect.  Plaintiffs are *not* trying to hold C.J. Guerrero liable for personally undertaking or neglecting any "judicial acts"; *rather*, Plaintiffs are fit parents who challenge statewide child-custody "policies" set by Judicial Council.

<u>Unconstitutional De Facto Policies</u>:  As the FAC alleges, at par. 31—
"Defendants maintain a policy of ***not training judges*** that parenting is a fundamental right, [*Meyer vs. Nebraska*, 262 U.S. 390 (1923)], and this has tragic and deleterious consequences; it results in ***continuous and ongoing violations*** of federally protected civil rights, which are so ***prevalent***, so ***commonplace***, and so ***regularized***, as to become ***de facto judicial policy statewide***."
[*First Amended Complaint*, ("FAC"), ¶ 31; (bold italics added)]

'<u>In Her Honor's Official Capacity</u>':  As set forth at par. 3 of the FAC, C.J. Guerrero is sued, "*in Her Honor's* ***Official Capacity as Council Chair for the Judicial Council of California*****,**" [*see* FAC, ¶ 3; (bold italics added)].  Plaintiffs are not suing C.J. Guerrero for any acts she may have personally undertaken or nelgected.  Rather, Plaintiffs challenge unconstitutional state "policies," which allow judges statewide to divest custodial right, *en masse*, in a manner inconsistent with U.S. Supreme Court precedent.

     <u>C.J. Guerrero Sued as 'Council Chair'</u>:  Plaintiffs bring suit against C.J. Guerrero, *respectfully*, in her capacity as a "figurehead."  Plaintiffs named C.J. Guerrero because she is the "Council Chair," (figurehead), of Judicial Council, which is responsible for judicial "policy" in California.  But Plaintiffs challenge no "judicial acts" by the Chief Justice; *therefore*, immunity *does not* apply, [*Stump v. Sparkman*, 435 U.S. 349 (1978)].

     <u>Plaintiffs are Happy to Amend</u>:  Plaintiff are informed that—when persons sue the Judicial Council—the aggrieved must name as defendant, the Council Chair, a seat occupied by the *Chief Justice of California Supreme Court*.  If Plaintiffs misapprehends the law, they are happy to amend—to name the correct person(s) in charge of judicial policy.

     <u>Judicial Immunity Doctrine—Inapplicable</u>:  The doctrine of judicial immunity *does not* apply to this case.  Plaintiffs sue the Judicial Council for its "judicial policies," which operate outside of well-established, U.S. Supreme Court child-custody doctrines, [*see Request for Judicial Notice of U.S. Supreme Court Points & Authorities* filed herewith].

     <u>Judicial Kidnappings</u>:  Plaintiffs here challenge the statewide, continuous and ongoing, unconstitutional "policies" of judicial policymakers, which Plaintiffs contend is the cause-in-fact of rampant judicial kidnappings of Plaintiffs' children—and multitudes of children statewide.

     <u>Statewide Problem</u>:  Like cattle, parents and children are separated at county courthouses statewide.  Although the "right to parent" (and the "right to be parented") are fundamental rights, the State divests these rights absent due process—and it happens all day long—in a most industrialized fashion.  These violations occur because state-court judges never learn U.S. Supreme Court precedent on the right to parent—or that custodial rights may not be divested absent a showing of actual harm to a minor, [*see Request for Judicial Notice of U.S. Supreme Court Points & Authorities* filed herewith].

### III.   Eleventh Amendment Immunity Does Not Apply.

The 'State Treasury Criterion':  Defendants' claims of Eleventh Amendment immunity *do not* apply.  As per U.S. Supreme Court precedent—

"[m]ost Federal Courts of Appeals have identified the

***'state treasury' criterion***—whether a judgment against

the entity ***must be satisfied*** out of a State's treasury—

as the ***most important consideration*** in determining

whether a state-created entity qualifies for Eleventh

Amendment immunity."

[*See* Hess v. Port Authority Trans-Hudson Corporation,

513 U.S. 30, 31 (1994); (bold italics added)].

U.S. Supreme Court Precedent:  Back in 1994, Justice Ruth Bader Ginsburg, in *Hess*, held that defendant *Port Authority* was, "not entitled to Eleventh Amendment immunity from suit in federal court," [*id.*, at 31].

State Treasury Criterion:  In deciding *Hess*, the U.S. Supreme Court relied on the "state treasury criterion"—which asks "whether a judgment against the entity must be satisfied out of a State's treasury," [*id.*, at 31]: (*i.e.*, "*Must the state treasury pay-out on a prospective judgment?*").

Most Important Consideration:  The U.S. Supreme Court recognizes the "***state treasury criterion***" as the "***most important consideration*** in determining whether a state-created entity qualifies for Eleventh Amendment immunity," [*see* Hess v. Port Authority Trans-Hudson Corporation, 513 U.S. 30, 31 (1994); (bold italics added)].

Judicial Council—Not an 'Arm-of-the-State':  In *Hess*, Justice Ruth Bader Ginsburg ruled that *Port Authority* is *not* an "arm of the state" for purposes of the Eleventh Amendment.  J. Ginsburg reasoned that a judgment against *Port Authority* mustn't be paid by either New York's or New Jersey's state treasuries.  The same sound reasoning should here apply.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Hess vs. Port Authority—Reasoning:  As J. Ginsburg explains—
"[w]here, as here, the States are neither legally nor practically obligated to
**pay the entity's debts**, **the Eleventh Amendment's core concern is not
implicated**," [*see* <u>Hess v. Port Authority Trans-Hudson Corporation</u>, 513
U.S. 30, 31 (1994); (bold italics added)].

Hess vs. Port Authority—Analysis:  Under the "state treasury test,"
J. Ginsburg concluded that defendant *Port Authority* was *not* entitled to
Eleventh Amendment immunity—because it was deemed to be "***financially
self-sufficient: it generates its own revenues and pays its own debts***,"
[*see* <u>Hess v. Port Authority Trans-Hudson Corporation</u>, 513 U.S. 30, 31 (1994);
(bold italics added)].  The same is true for Judicial Council—it is financially
self-sufficient: it generates its own revenue and pays its own debts.

Judicial Council is Financially Self-Sufficient:  In the FAC, at par. 60,
Plaintiffs alleges, "***Judicial Council is financially self-sufficient***," [*see*
FAC, ¶ 60; (bold italics added)].  This Court, *respectfully*, must accept, as
true, the allegation that Judicial Council is "***financially self-sufficient***";
and, *therefore*, presuming its truth, Eleventh Amendment immunity *does not*
here apply, [*see Hess*, (*id*.)].

Generates Its Own Revenues / Pays Its Own Debts:  The FAC, par. 60,
also alleges, "***Judicial Council … generates its own revenues** [and] **pays
its own debts***," [*see* FAC, ¶ 60; (bold italics added)].  This Court, *respectfully*,
must accept, as true, the allegation that "Judicial Council … ***generates its
own revenues*** [and] ***pays its own debts***"; *therefore*, Eleventh Amendment
immunity *does not* apply, [*see Hess*, (*id*.); (bold italics added)].

Judicial Council Pays BBK Legal Bills:  Opposing counsel freely
indicates, in writing, that Judicial Council pays his firm's (BBK's) legal bills.
This tends to suggest that Judicial Council "***pays its own debts***"; *therefore*,
Eleventh Amendment immunity *does not* apply, [*see Hess*, (*id*.)].

<u>Source of the Funding?</u>:  In all fairness, opposing counsel will be quick to add that, while Judicial Council pays the legal bills of *Best, Best & Krieger*, such monies (supposedly) come from the State.  But Plaintiffs' counsel politely requested to see such documents—that corroborate payment from the State—but Defendants object to document production.  But Plaintiffs believe that "limited discovery" is warranted—*i.e.*, on the extent to which Judicial Council is financially self-sufficient (independent of the State).

<u>Limited Discovery is Here Warranted</u>:  Plaintiffs wish to take limited discovery on the following issues—

    (a)    is Judicial Council "financially self-sufficient?";

    (b)    does Judicial Council "generate its own revenue?";

    (c)    does Judicial Council "pay its own debts?";

    (d)    is there any insurance coverage that may pay-out on a prospective judgment?; and,

    (e)    who will pay-out on a prospective judgment?— Judicial Council?—State Treasury?—Ins. Co.?

<u>Where is the State Attorney General?</u>:  Plaintiffs note the conspicuous absence of Rob Bonta's office in this litigation.  Curiously, the State Attorney General is *not* defending the (supposed) State entity.  Frankly, in state-agency litigation, one expects to see the *California Attorney General* defending.  But not here.  Here, we see a "private" firm—defending what appears to be a "private" entity.  Here, by hiring a "private" law firm, Judicial Council effectively removes itself from state-based checks and balances.

<u>'Private' Law Firm</u>:  The use of a "private" law firm—instead of the State's Attorney General—suggests the State Treasury is *not* paying to defend this lawsuit.  Again, opposing counsel admits, in writing, that Judicial Council pays BBK legal bills, which tends to show that Judicial Council is "financially independent" within the meaning of *Hess*, [*id.*, (*see supra*)].

<u>Dun & Bradstreet Numbers</u>:  Plaintiff attaches, as Exhibit No. "1," a *Dun & Bradstreet* report that indicates *Judicial Council of California*, as a parent corporation, owns and operates approx. 585 subsidiary county courts—with approx. 585 separate *Dun & Bradstreet* numbers, ("DUNS"), [*see* Exhibit No. "1"; (*Dun & Bradstreet Reports*)].

<u>Dun & Bradstreet Company</u>:  *Dun & Bradstreet* is a global company that analyzes business credit scores.  *Dun & Bradstreet* sells products to its clients to improve profits, marketing, and risk management.  These approx. 585 DUNS numbers are related to Judicial Council—in connection with its subsidiary county courts—which, it would appear, independently purchase goods and services, contract for debt, *etc.*

<u>DUNS Numbers Show 'Financial Independence'</u>:  The fact of the *Dun & Bradstreet* numbers, ("DUNS"), tends to suggest that Judicial Council is "financially self-sufficient"—because, apparently, Judicial Council, (through its local subsidiaries), makes credit purchases and contracts indebtedness—apparently, independent of the State Treasury.

<u>Presumption of Truth</u>:  Again, the Court is required to presume the truth at the pleading stage.  Again, the FAC, (at ¶ 60), alleges that Judicial Council is, "***financially self-sufficient*** … [and] ***it has a Dun & Bradstreet number***," [FAC, (¶ 60); (bold italics added)].  These facts, *when presumed true*, establish that Judicial Council is "financially self-sufficient" from the State Treasury.  (<u>Note</u>:  If, in their reply, Defendants dispute these facts, then limited discovery is thus warranted.)

<u>Eleventh Amendment Does Not Apply</u>:  The *State Treasury Criterion* asks whether a judgment against the entity ***must*** be satisfied out of a state treasury; here, it appears the answer would be "no"—because there's no requirement that payment "must" come from the state treasury; *therefore*, under *Hess*, [*id.*], Eleventh Amendment immunity *does not* apply.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Hess is Paramount to Ninth Circuit Decisions</u>:  Plaintiffs rely on *Hess v. Port Authority*, which is a **U.S. Supreme Court** case—from **1994**. Defendants cite many Ninth Circuit cases—but curiously, none mention *Hess*.  Plaintiffs here reiterate that *Hess* is paramount to Ninth Circuit authorities because it's a U.S. Supreme Court case.  Plaintiffs here analyze Defendants' *inferior* citations—

*<u>Wolfe v. Strankman</u>*, [392 F.3d 358, 364 (9th Cir. **2004**)].  Yes, this Ninth Circuit decision concludes that Judicial Council is an immune state-agency; notably, in *Wolfe*, the Calif. Att'y Gen. represented the purported state entity (not a "private" law firm).  Most remarkably, *Wolfe* never mentions (i) the **1994** U.S. Supreme Court decision in *Hess*, nor does it mention (ii) the "state treasury criterion," or (iii) the "financial independence" test, (*i.e.*, does the entity generate its own revenue?—pay its own debts?).

*<u>Torres v. Judicial Council of California</u>*, [No. 17-cv-0028 JM (JLB), 2017 WL 1281914, (S.D. Cal. Apr. 6, **2017**)].  Yes, this district court decision concludes that Judicial Council is an immune state-agency; notably, all the attorneys involved are gov't attorney.  Most remarkably, *<u>Torres</u>* never mentions (i) the **1994** U.S. Supreme Court decision in *Hess*, nor does it mention (ii) the "state treasury criterion," or (iii) the "financial independence" test, (*i.e.*, does the entity generate its own revenue?—pay its own debts?).

*<u>Ervin v. Judicial Council of California</u>*, [No. C 08-0299 PJH, 2008 WL 1885726, (N.D. Cal. Apr. 24, **2008**)].  Yes, this district court decision concludes that Judicial Council is an immune state-agency; *however*, this case never mentions (i) the **1994** U.S. Supreme Court decision in *Hess*, nor does it mention (ii) the "state treasury criterion," or (iii) the "financial independence" test.

_Franceschi v. Schwartz_, [57 F.3d 828, 831 (9th Cir. 1995)].  Yes, this district court decision concludes that Judicial Council is immune; _however_, this case never mentions (i) the **1994** U.S. Supreme Court decision in _Hess_, nor does it mention (ii) the "state treasury criterion," or (iii) the "financial independence" test.

Defendants Never Mention Hess:  Notably, Defendants' _Motion to Dismiss_, ("MTD"), never mentions the decision in _Hess_.  But Plaintiffs believe the _Hess_ decision is too important not to mention—because it's controlling.

Judicial Council—Analogized to Port Authority:  The _Judicial Council_ is no different than the _Port Authority_ in _Hess_; (i) both entities are "state-created," (ii) both are "financially self-sufficient," and (iii) neither are entitled to Eleventh Amendment immunity, [_see Hess, id._].

Both are State-Created Agencies:  The _Judicial Council_ was created by California, and the _Port Authority_ was created by New York and New Jersey; both are fairly characterized as "state-created" agencies.

Sole Difference—Judicial Council / Port Authority:  Defendants will argue that the "_Judicial Council entity_" is somehow different—compared to the "_Port Authority entity_"; but the only real difference is that _Port Authority_ was created by two states—New York and New Jersey, while, in contrast, _Judicial Council_ was created by one; (but this distinction is of no moment).

Substantially Similar:  Taken together, the defendant Port Authority in _Hess_—and Defendant Judicial Council herein—are substantially similar. Sure, the opponents may argue that the federal gov't helped to create the Port Authority; but still, this _does not_ affect the main consideration upon which J. Ginsburg relied in her well-reasoned decision in _Hess_, _i.e._, whether a prospective pay-out would come from a financially self-sufficient entity—or from a state treasury, [_see Hess, (id.)_].

1    Federal Gov't Involvement:  The fact that the federal gov't participated

2    in the creation of the *Port Authority* does not affect the "state treasury

3    criterion"—which is concerned with how a given entity must fund prospective

4    pay-outs—*not* how that given entity was birthed.

5

6    **IV.    Rooker-Feldman Does Not Apply.**

7    Rooker-Feldman Does Not Apply:  Predictably, Defendants raise the

8    overused *Rooker-Feldman* defense; *however*, *Rooker-Feldman* does not apply.

9    Plaintiffs seek redress because their constitutional rights were violated—

10   they are *not* seeking judicial review of final state court judgments.

11   "Virtually Unflagging" Duty:  *Rooker-Feldman* conflicts with the

12   familiar maxim that federal courts have a "virtually unflagging" duty to

13   exercise jurisdiction conferred by Congress, [*see*, *e.g.*, *Malhan v. State Dept.*,

14   (2019), No. 18-3373, Third Circuit, (New Jersey),  citing *Colorado River Water*

15   *Conservation Dist. v. U.S.*, 424 U.S. 800, 817, (1976)].

16   Rooker-Feldman Explained:  Notably, the U.S. Supreme Court has only

17   ever applied the *Rooker-Feldman* doctrine twice, first in *Rooker v. Fidelity*

18   *Trust Co.*, [263 U. S. 413 (1923)], then, 60 years later, in *District of Columbia*

19   *Court of Appeals v. Feldman*, [460 U. S. 462 (1983)]. "Variously interpreted in

20   the lower courts, the doctrine has sometimes been construed to extend far

21   beyond the contours of the Rooker and Feldman cases, overriding Congress'

22   conferral of federal-court jurisdiction concurrent with jurisdiction exercised

23   by state courts, and superseding the ordinary application of preclusion law

24   pursuant to 28 U. S. C. §1738. [*See*, *Exxon Mobil Corp. v. Saudi Basic*

25   *Industries Corp.*, 544 U.S. 280 (2005), citing *Moccio v. New York State Office*

26   *of Court Admin.*, 95 F. 3d 195, 199–200 (CA2 1996)].

27   Rooker-Feldman—Limited Scope:  Yes, federal district courts may not

28   exercise jurisdiction over final state-court judgments, [*see Exxon Mobil Corp.*

_v. Saudi Basic Indus. Corp._, 544 U.S. 280, 291, (2005)]. But the individual _Rooker_ and _Feldman_ cases are unique; here, Plaintiffs are challenging statewide judicial "policy" which led to unconstitutional judicial kidnappings.

"Limited Circumstances": As J. Ginsburg explains, the "limited circumstances" described in _Exxon_ have arisen only twice in the Supreme Court—in _Rooker_ and _Feldman_. Plaintiffs argue that federal courts too liberally apply the doctrine to bewildered parents—who come to federal court praying for relief from family court civil rights deprivations.

Understanding Exxon: Back in 2005, the Supreme Court decided _Exxon Mobil Corp. v. Saudi Basic Indus. Corp._, [544 U.S. 280 (2005)]. In _Exxon_, the Supreme Court reversed the expansive interpretation of _Rooker-Feldman_ and J. Ginsburg confined it to "limited circumstances"—

[1] "cases brought in federal court by state-court losers";

[2] "complaining of injuries caused by final state-court judgments";

[3] "where the state-court judgment was rendered before the federal action commenced"; and,

[4] "inviting federal court review and rejection of those final state-court judgments."

[_See Exxon_, (_supra_), 544 U.S. 280, at 284, (2005)]

Prong No. 1—Cases Brought in Federal Court by State-Court Losers: Turning the court's attention to prong number 1, (_supra_), Plaintiffs are not "state-court losers." Their cases are continuous and ongoing. And, besides, there's not exactly "winners" or "losers" in family court, which is designed only to divvy-up family assets and custodial timeshares. Generally speaking, there are no prevailing parties in family court; hence, Plaintiffs do not see themselves as "state-court losers" within the meaning of _Exxon_, [_id_.].

Plaintiffs are Not Appealing: Plaintiffs' claims under Sec. 1983 do not function as _de facto_ appeals of final state-court judgments. Rather, Plaintiffs

challenge Defendants' continuous and ongoing, unconstitutional "policies," which are the proximate cause of their constitutional injuries.

Prong No. 2—Injuries Caused by Final State-Court Judgments: Turning the court's attention to prong number 2, (*supra*), Plaintiffs are *not* complaining of "injuries caused by final state-court judgments," within the meaning of *Exxon*, [*id.*]; rather, they complain of civil rights violations caused by Defendant's unconstitutional judicial policies which ignore Supreme Court case law, [*see Request for Judicial Notice of U.S. Supreme Court Points & Authorities* filed herewith].

Plaintiffs Not Attacking State-Court Judgments:  The doctrine bars federal cases where plaintiffs attack the state judgment itself, seeking to overturn it, [*see, e.g.*, *McKithen v. Brown*, 481 F.3d 89, 97 (2d Cir. 2007)]. But here, Plaintiffs are not attacking "final judgments"; rather, they are attacking unconstitutional, statewide judicial policies, which deprived them of their fundamental rights as "fit" parents—without ever having been declared "unfit" as per U.S. Supreme Court precedent.

Prong No. 3—Injuries Caused by Final State-Court Judgments: Turning the court's attention to prong number 3, (*supra*), while family courts issue custody orders and divorce decrees, Plaintiffs here challenge no civil, "final state-court judgments" within the meaning of *Exxon*, [*id.*].

Prong No. 4—Inviting Review and Rejection of State-Court Judgments: Turning the court's attention to prong number 4, (above), Plaintiffs point-out they are *not* "inviting federal court review and rejection of [a] final state-court judgment"; rather, Plaintiffs want money damages for Defendants' unconstitutional policies, which cause civil rights violations; Plaintiffs also want personnel training to avoid future violations of other parents' rights.

Plaintiffs' Claims Not 'Inextricably Intertwined':  Federal claims must be "inextricably intertwined" with the final state-court judgment for *Rooker-*

*Feldman* to apply, [*see, e.g.*, <u>Great Western Mining & Mineral Co. v. Fox Rothschild LLP</u>, 615 F.3d 159, 166 (3d Cir. 2010)].  But here, Plaintiffs' claims are not "inextricably intertwined" with any final state-court judgments.  Defendants' unconstitutional "policies" are the source of Plaintiffs' injuries, not any final state-court judgments.

<u>Unconstitutional Policies</u>:  Plaintiffs challenge Defendants' statewide policies which systematically cause routine deprivations of the fundamental "right to parent" absent due process, [*see* FAC, ¶¶ 49–62].

<u>Judicial Policies</u>:  The custody orders in Plaintiffs' domestic proceedings are simply an outgrowth of entrenched deficiencies in judicial family court training.  As in <u>Exxon</u>, Plaintiffs do not directly contest the validity of any final state-court judgments, but rather, they challenge Defendants' policies that cause constitutional injury to multitudinous families statewide.

<u>Plaintiffs Have an Independent Claim</u>:  "If a federal plaintiff 'present[s] some independent claim, albeit one that denies a legal conclusion that a state court has reached in a case to which he was a party . . . then there is jurisdiction and state law determines whether the defendant prevails under principles of preclusion,' " [*see*, <u>Exxon Mobil Corp. v. Saudi Basic Indus. Corp.</u>, [544 U.S. 280, at 293 (2005)].

Under <u>McCormick v. Braverman</u>, [451 F.3d 382, 393 (6th Cir. 2006)] and <u>Lance v. Dennis</u>, [546 U.S. 459, 464 (2006)], final state-court judgments, essentially, must be the proximate cause of the alleged injury—in order for *Rooker-Feldman* to apply.  But here, the proximate cause of Plaintiffs' harm is Defendants' judicial policies.  The custody orders, mostly temporary, are merely evidence of Defendants' unconstitutional policies—which systematically ignore U.S. Supreme Court child-custody precedent.

<u>The Hoblock Case</u>:  In *Hoblock*, the suit would be barred by *Rooker-Feldman* "only if it complains of injury from the state-court judgment and

seeks review and rejection of that judgment," but not if it raises "some independent claim."  Hoblock goes on—

> "How do we determine whether a federal suit raises an independent, non-barred claim?  At first glance, one might think that a federal claim is independent of claims raised in state court if the federal claim is premised on a ***theory not passed upon by the state court***.  Indeed, the voters make essentially this argument, asserting that Rooker-Feldman does not apply because the voters raise a Fourteenth Amendment argument and thus "are not seeking review of the state court's decision[,] which was strictly limited to state law. . . ." [_Hoblock v. Albany Cnty._, 422 F.3d 77, 86–88 (2d Cir. 2005); (bold italics added)].

Independent Constitutional Claims:  _Rooker-Feldman_ does not stop a plaintiff from presenting an "independent claim," even if it denies a legal premise underlying a state court conclusion.  Plaintiffs raise independent constitutional claims—***not passed upon by the state court***.  If a plaintiff "present[s] some independent claim, albeit one that denies a legal conclusion that a state court has reached in a case to which he was a party . . ., then there is jurisdiction and state law determines whether the defendant prevails under principles of preclusion," [_Hoblock v. Albany County Board of Elections_, 422 F.3d 77, 86 (2d Cir. 2005)].  "Rooker-Feldman, we explained, is a narrow doctrine," [_Lance v. Dennis_, 546 U.S. 459 (2006), citing _Exxon_, at 284].

Limited Scope—Rooker-Feldman:  "The doctrine has a limited scope. It does not, for example, bar "a district court from exercising subject-matter jurisdiction simply because a party attempts to litigate in federal court a matter previously litigated in state court," [_VanderKodde v. Mary Jane M. Elliott, P.C._, 951 F.3d 397, 402 (6th Cir. 2020), citing _Exxon_, at 293]. "When there is parallel state and federal litigation, Rooker-Feldman is not triggered simply by the entry of judgment in state court.  This Court has

repeatedly held that 'the pendency of an action in the state court is no bar to proceedings concerning the same matter in the Federal court having jurisdiction.' " [*Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, [544 U.S. 280, at 293 (2005) citing  *McClellan v. Carland*, 217 U. S. 268, 282 (1910)].

## V.    Plaintiffs State a Viable Monell Claim.

<u>Monell Requirements</u>:  "[A]n act performed pursuant to a 'custom' that has not been formally approved by an appropriate decisionmaker may fairly subject a municipality to liability on the theory that the relevant practice is so widespread as to have the force of law," [*Board of Comm'rs of Bryan Cty. v. Brown*, 520 U.S. 397, 404 (1997).  And, as the FAC alleges, at par. 31—

> "Defendants maintain a policy of ***not training judges*** that parenting is a fundamental right, [*Meyer vs. Nebraska*, 262 U.S. 390 (1923)], and this has tragic and deleterious consequences; it results in ***continuous and ongoing violations*** of federally protected civil rights, which are so ***prevalent***, so ***commonplace***, and so ***regularized***, as to become ***de facto judicial policy statewide***."
> [*First Amended Complaint*, ("FAC"), ¶ 31; (bold italics added)]

<u>Widespread Constitutional Violations—Force of Law</u>:  In California family courts, the judicial practice of ignoring U.S. Supreme Court child-custody precdent is "so widespread as to have the force of law," [*see Board of Comm'rs of Bryan Cty. v. Brown*, 520 U.S. 397, 404 (1997), citing *Adickes v. S. H. Kress & Co.*, 398 U. S. 144, 167-168 (1970)].

<u>Ignoring the Constitution</u>:  Most alarming, in California courts there is widespread judicial disregard for the U.S. Constitution.  Statewide judicial policy ignores U.S. Supreme Court child-custody precedent, [*see Request for Judicial Notice of U.S. Supreme Court Points & Authorities* filed herewith].
/ / / /

**VI.    Summary and Conclusion.**

<u>Summary</u>:  ***First***, judicial immunity is inapplicable because Plaintiffs challenge no "judicial acts" by Hon. C.J. Guerrero.  ***Second***, Eleventh Amendment immunity is inapplicable based on the "state treasury criterion"; there is no immunity where prospective judgments would be paid-out by the entity—instead of the state treasury—based on the notion that such entity is "financially self-sufficient."  ***Third***, Rooker-Feldman is inapplicable because Plaintiffs are not challenging "final state-court judgments."  ***Fourth***, Plaintiffs have a viable *Monell* claim because they challenge statewide judicial policies that ignore U.S. Supreme Court child-custody precedent, [*see Request for Judicial Notice of U.S. Supreme Court Points & Authorities* filed herewith].

<u>Conclusion</u>:  Plaintiffs respectfully request that this Court DENY Defendants' *Motion to Dismiss*, ("MTD"), [Document #16-1; (Jan. 16, 2024)].

Dated:  **Jan. 30, 2024**          *Respectfully Submitted,*


*T. Matthew Phillips*
_____
T. Matthew Phillips, Esq.
Calif. State Bar No. 165833
Telephone: (323) 314-6996
TMatthewPhillips@aol.com
*Plaintiffs' Counsel*


*             *             *

<u>AFFIDAVIT *of* T. MATTHEW PHILLIPS, ESQ.</u>

My name is T. MATTHEW PHILLIPS, ESQ.  I am Plaintiffs' counsel.  All the within allegations are true and correct of my own personal knowledge. If called upon to testify, I could and would give competent and truthful evidence.

1.     Attached as Exhibit No. "1" is a true and correct pdf copy of *Dun & Bradstreet* reports that reference Judicial Council of California.

***I hereby declare under penalty of perjury under the laws of the United States, the foregoing is both true and correct.***

Dated:  **Jan. 30, 2024**          *Respectfully Submitted,*

*T. Matthew Phillips*
_____
T. Matthew Phillips, Esq.
Calif. State Bar No. 165833
Telephone: (323) 314-6996
TMatthewPhillips@aol.com
*Plaintiffs' Counsel*


\*     \*     \*

# Exhibit No. 1

Ⓑ **Executive Office Of The State Of California** 101092760 Fresno, CA

Ⓢ **The Judicial Council Of California** 360709414 San Francisco, CA

Ⓑ **The Judicial Council Of California** 602460891 Fairfield, CA

Ⓑ **The Judicial Council Of California** 790664734 Santa Clara, CA

Ⓑ **The Judicial Council Of California** 362272023 Burney, CA

Ⓑ **The Judicial Council Of California** 602460784 Eureka, CA

Ⓑ **The Judicial Council Of California** 555407626 Palm Springs, CA

Ⓑ **The Judicial Council Of California** 555408905 Visalia, CA

Ⓑ **The Judicial Council Of California** 555463389 Santa Monica, CA

Ⓑ **The Judicial Council Of California** 134728059 Joshua Tree, CA

Ⓑ **The Judicial Council Of California** 363564048 Redwood City, CA

Ⓑ **The Judicial Council Of California** 364522284 Los Angeles, CA

Ⓑ **The Judicial Council Of California** 018909080 Chula Vista, CA

Ⓑ **The Judicial Council Of California** 057072357 San Jose, CA

Ⓑ **The Judicial Council Of California** 150887110 Alturas, CA

Ⓑ **The Judicial Council Of California** 555462589 San Fernando, CA

Ⓑ **The Judicial Council Of California** 016851998 Los Angeles, CA

Ⓑ **The Judicial Council Of California** 364517870 Trona, CA

Ⓑ **The Judicial Council Of California** 100492755 Los Angeles, CA

Ⓑ **The Judicial Council Of California** 036409449 Santa Clarita, CA

Ⓑ **The Judicial Council Of California** 602461311 Bridgeport, CA

Ⓑ **The Judicial Council Of California** 555460344 Porterville, CA

Ⓑ **The Judicial Council Of California** 601242902 Chula Vista, CA

Ⓑ **The Judicial Council Of California** 602461014 Willows, CA

Ⓑ **The Judicial Council Of California** 040717899 Inglewood, CA

Ⓑ **The Judicial Council Of California** 009116942 San Francisco, CA

Ⓑ **The Judicial Council Of California** 617215157 Orland, CA

Ⓑ **The Judicial Council Of California** 799152918 Martinez, CA

Ⓑ **The Judicial Council Of California** 829173371 Sanger, CA

Ⓑ **The Judicial Council Of California** 135373251 Marysville, CA

Ⓑ **The Judicial Council Of California** 602461048 Jackson, CA

Ⓑ **The Judicial Council Of California** 602572216 San Francisco, CA

Ⓑ **The Judicial Council Of California** 555432814 Burney, CA

Ⓑ **The Judicial Council Of California** 112248526 Oxnard, CA

Ⓑ **The Judicial Council Of California** 933386203 Santa Ana, CA

- Ⓑ **The Judicial Council Of California** 928671429 San Martin, CA
- Ⓑ **The Judicial Council Of California** 621998053 San Andreas, CA
- Ⓑ **The Judicial Council Of California** 602461063 Mariposa, CA
- Ⓑ **The Judicial Council Of California** 106041267 Pomona, CA
- Ⓑ **The Judicial Council Of California** 080719819 Santa Rosa, CA
- Ⓑ **The Judicial Council Of California** 079856148 Santa Barbara, CA
- Ⓑ **The Judicial Council Of California** 808054808 Shafter, CA
- Ⓑ **The Judicial Council Of California** 601811037 Pleasanton, CA
- Ⓑ **The Judicial Council Of California** 028479686 Los Angeles, CA
- Ⓑ **The Judicial Council Of California** 602460974 Markleeville, CA
- Ⓑ **The Judicial Council Of California** 928340827 Los Banos, CA
- Ⓑ **The Judicial Council Of California** 113487685 San Jose, CA
- Ⓑ **The Judicial Council Of California** 602752420 Forestville, CA
- Ⓑ **The Judicial Council Of California** 001898498 Ventura, CA
- Ⓑ **The Judicial Council Of California** 029916789 Burbank, CA
- Ⓑ **The Judicial Council Of California** 948688841 Barstow, CA
- Ⓑ **The Judicial Council Of California** 018638638 San Diego, CA
- Ⓑ **The Judicial Council Of California** 555462969 Long Beach, CA
- Ⓑ **The Judicial Council Of California** 056180934 San Bernardino, CA
- Ⓑ **The Judicial Council Of California** 127767858 Palo Alto, CA
- Ⓑ **The Judicial Council Of California** 555460898 Los Angeles, CA
- Ⓑ **The Judicial Council Of California** 602630998 Lemoore, CA
- Ⓑ **The Judicial Council Of California** 602752339 Hanford, CA
- Ⓑ **The Judicial Council Of California** 364522151 Los Angeles, CA
- Ⓑ **The Judicial Council Of California** 101095164 Ventura, CA
- Ⓑ **The Judicial Council Of California** 615051141 Santa Maria, CA
- Ⓑ **The Judicial Council Of California** 602461055 Susanville, CA
- Ⓑ **The Judicial Council Of California** 601811516 Hayward, CA
- Ⓑ **The Judicial Council Of California** 960055077 South San Francisco, CA
- Ⓑ **The Judicial Council Of California** 555404771 Riverside, CA
- Ⓑ **The Judicial Council Of California** 022427772 Oakland, CA
- Ⓑ **The Judicial Council Of California** 043823361 Brawley, CA
- Ⓑ **The Judicial Council Of California** 606876881 Auburn, CA
- Ⓑ **The Judicial Council Of California** 602461246 Truckee, CA
- Ⓑ **The Judicial Council Of California** 364525204 South Gate, CA

(B) **The Judicial Council Of California** 939882544 Alhambra, CA

(B) **The Judicial Council Of California** 601242407 Monterey, CA

(B) **The Judicial Council Of California** 932335623 Redding, CA

(B) **The Judicial Council Of California** 601242522 El Cajon, CA

(B) **The Judicial Council Of California** 160240383 Santa Ana, CA

(B) **The Judicial Council Of California** 555460492 Santa Ana, CA

(B) **The Judicial Council Of California** 606881758 San Francisco, CA

(B) **The Judicial Council Of California** 104205294 Solvang, CA

(B) **The Judicial Council Of California** 963968128 Fremont, CA

(B) **The Judicial Council Of California** 110906018 San Bernardino, CA

(B) **The Judicial Council Of California** 364521369 Long Beach, CA

(B) **The Judicial Council Of California** 037629883 Santa Monica, CA

(B) **The Judicial Council Of California** 029720963 Norwalk, CA

(B) **The Judicial Council Of California** 962135851 Los Angeles, CA

(B) **The Judicial Council Of California** 364522193 Los Angeles, CA

(B) **The Judicial Council Of California** 030477549 San Francisco, CA

(B) **The Judicial Council Of California** 555408954 Visalia, CA

(B) **The Judicial Council Of California** 601244395 Watsonville, CA

(B) **The Judicial Council Of California** 119598949 Clearlake, CA

(B) **The Judicial Council Of California** 078408193 Yreka, CA

(B) **The Judicial Council Of California** 012887472 Santa Barbara, CA

(B) **The Judicial Council Of California** 555462456 Pasadena, CA

(B) **The Judicial Council Of California** 364524884 Santa Monica, CA

(B) **The Judicial Council Of California** 058695763 Berkeley, CA

(B) **The Judicial Council Of California** 601243447 San Francisco, CA

(B) **The Judicial Council Of California** 364524660 El Monte, CA

(B) **The Judicial Council Of California** 364517920 Solvang, CA

(B) **The Judicial Council Of California** 956707574 Walnut Creek, CA

(B) **The Judicial Council Of California** 555461995 Joshua Tree, CA

(B) **The Judicial Council Of California** 602752479 Roseville, CA

(B) **The Judicial Council Of California** 134866487 Inglewood, CA

(B) **The Judicial Council Of California** 364519496 Los Angeles, CA

(B) **The Judicial Council Of California** 958022691 Downey, CA

(B) **The Judicial Council Of California** 128698987 Perris, CA

(B) **The Judicial Council Of California** 038519745 Lodi, CA

- **The Judicial Council Of California** 555461763 Victorville, CA
- **The Judicial Council Of California** 602460792 Merced, CA
- **The Judicial Council Of California** 030697408 Santa Ana, CA
- **The Judicial Council Of California** 119589062 Lakeport, CA
- **The Judicial Council Of California** 964899074 Sacramento, CA
- **The Judicial Council Of California** 363814385 Stockton, CA
- **The Judicial Council Of California** 555461904 Barstow, CA
- **The Judicial Council Of California** 097814607 Rancho Cucamonga, CA
- **The Judicial Council Of California** 046654061 Oakland, CA
- **The Judicial Council Of California** 601810328 Alameda, CA
- **The Judicial Council Of California** 555404847 Indio, CA
- **The Judicial Council Of California** 555460575 Los Angeles, CA
- **The Judicial Council Of California** 959132093 Twin Peaks, CA
- **The Judicial Council Of California** 601243496 San Francisco, CA
- **The Judicial Council Of California** 603736174 Marysville, CA
- **The Judicial Council Of California** 364518910 Compton, CA
- **The Judicial Council Of California** 364525246 Whittier, CA
- **The Judicial Council Of California** 602752453 Weaverville, CA
- **The Judicial Council Of California** 038062308 San Francisco, CA
- **The Judicial Council Of California** 601808462 Shafter, CA
- **The Judicial Council Of California** 602752289 Hanford, CA
- **The Judicial Council Of California** 364522003 Los Angeles, CA
- **The Judicial Council Of California** 555460724 Westminster, CA
- **The Judicial Council Of California** 956707905 Richmond, CA
- **The Judicial Council Of California** 621224034 San Francisco, CA
- **The Judicial Council Of California** 117775135 Chatsworth, CA
- **The Judicial Council Of California** 601243702 Lodi, CA
- **The Judicial Council Of California** 124875456 Taft, CA
- **The Judicial Council Of California** 106733368 Newport Beach, CA
- **The Judicial Council Of California** 933605438 Compton, CA
- **The Judicial Council Of California** 555462084 Fontana, CA
- **The Judicial Council Of California** 088040856 San Leandro, CA
- **The Judicial Council Of California** 939882585 Corona, CA
- **The Judicial Council Of California** 602179871 Placerville, CA
- **The Judicial Council Of California** 601243744 Manteca, CA

- (B) **The Judicial Council Of California** 781984133 Riverdale, CA
- (B) **The Judicial Council Of California** 956709588 Santa Barbara, CA
- (B) **The Judicial Council Of California** 602752396 Ukiah, CA
- (B) **The Judicial Council Of California** 135373517 Fort Bragg, CA
- (B) **The Judicial Council Of California** 602630857 El Centro, CA
- (B) **The Judicial Council Of California** 858809366 Redlands, CA
- (B) **The Judicial Council Of California** 555408160 Perris, CA
- (B) **The Judicial Council Of California** 010428352 Riverside, CA
- (B) **The Judicial Council Of California** 103381997 Bakersfield, CA
- (B) **The Judicial Council Of California** 829171508 Firebaugh, CA
- (B) **The Judicial Council Of California** 602630964 Corning, CA
- (B) **The Judicial Council Of California** 095167933 Anaheim, CA
- (B) **The Judicial Council Of California** 959916250 Beverly Hills, CA
- (B) **The Judicial Council Of California** 555460633 Newport Beach, CA
- (B) **The Judicial Council Of California** 555431899 Chico, CA
- (B) **The Judicial Council Of California** 932335615 Santa Monica, CA
- (B) **The Judicial Council Of California** 876928677 Trona, CA
- (B) **The Judicial Council Of California** 113512789 Auburn, CA
- (B) **The Judicial Council Of California** 119520331 Santa Rosa, CA
- (B) **The Judicial Council Of California** 103047937 Stockton, CA
- (B) **The Judicial Council Of California** 968820787 Banning, CA
- (B) **The Judicial Council Of California** 958024242 Los Gatos, CA
- (B) **The Judicial Council Of California** 603733627 Escondido, CA
- (B) **The Judicial Council Of California** 059614649 Los Angeles, CA
- (B) **The Judicial Council Of California** 966936171 San Francisco, CA
- (B) **The Judicial Council Of California** 602461287 Yreka, CA
- (B) **The Judicial Council Of California** 555432889 Anderson, CA
- (B) **The Judicial Council Of California** 602461253 Hollister, CA
- (B) **The Judicial Council Of California** 948689484 Barstow, CA
- (B) **The Judicial Council Of California** 064773133 Riverside, CA
- (B) **The Judicial Council Of California** 937949618 Culver City, CA
- (B) **The Judicial Council Of California** 364521526 Los Angeles, CA
- (B) **The Judicial Council Of California** 555407907 Hemet, CA
- (B) **The Judicial Council Of California** 781686209 Los Angeles, CA
- (B) **The Judicial Council Of California** 069515870 Sacramento, CA

- (B) **The Judicial Council Of California** 113881275 Laguna Niguel, CA
- (B) **The Judicial Council Of California** 010270639 Sacramento, CA
- (B) **The Judicial Council Of California** 555461854 Twin Peaks, CA
- (B) **The Judicial Council Of California** 829171920 Fresno, CA
- (B) **The Judicial Council Of California** 602630899 Avenal, CA
- (B) **The Judicial Council Of California** 603663923 Broderick, CA
- (B) **The Judicial Council Of California** 601242787 Vista, CA
- (B) **The Judicial Council Of California** 555461425 Los Angeles, CA
- (B) **The Judicial Council Of California** 602461238 Nevada City, CA
- (B) **The Judicial Council Of California** 942642489 Los Angeles, CA
- (B) **The Judicial Council Of California** 014830261 Sacramento, CA
- (B) **The Judicial Council Of California** 555460955 Modesto, CA
- (B) **The Judicial Council Of California** 928295401 Madera, CA
- (B) **The Judicial Council Of California** 829173330 Reedley, CA
- (B) **The Judicial Council Of California** 067781761 Yreka, CA
- (B) **The Judicial Council Of California** 601712037 San Luis Obispo, CA
- (B) **The Judicial Council Of California** 363668377 Walnut Creek, CA
- (B) **The Judicial Council Of California** 603663915 Woodland, CA
- (B) **The Judicial Council Of California** 621528652 Sonora, CA
- (B) **The Judicial Council Of California** 937942654 Glendale, CA
- (B) **The Judicial Council Of California** 555461961 Oakland, CA
- (B) **The Judicial Council Of California** 040703733 West Covina, CA
- (B) **The Judicial Council Of California** 176346021 Simi Valley, CA
- (B) **The Judicial Council Of California** 364518779 West Covina, CA
- (B) **The Judicial Council Of California** 555408723 Visalia, CA
- (B) **The Judicial Council Of California** 167947493 Needles, CA
- (B) **The Judicial Council Of California** 618034425 Oroville, CA
- (B) **The Judicial Council Of California** 928421379 Lakeport, CA
- (B) **The Judicial Council Of California** 602460818 Yuba City, CA
- (B) **The Judicial Council Of California** 002330871 Independence, CA
- (B) **The Judicial Council Of California** 102548240 Barstow, CA
- (B) **The Judicial Council Of California** 555408517 Temecula, CA
- (B) **The Judicial Council Of California** 362273054 Marina, CA
- (B) **The Judicial Council Of California** 601810849 Fremont, CA
- (B) **The Judicial Council Of California** 602461279 Yreka, CA

- Ⓑ **The Judicial Council Of California** 099971637 Joshua Tree, CA
- Ⓑ **The Judicial Council Of California** 102489585 Stockton, CA
- Ⓑ **The Judicial Council Of California** 110352734 Lancaster, CA
- Ⓑ **The Judicial Council Of California** 114460897 Colusa, CA
- Ⓑ **The Judicial Council Of California** 101787401 Auburn, CA
- Ⓑ **The Judicial Council Of California** 364518118 Lancaster, CA
- Ⓑ **The Judicial Council Of California** 785175477 San Francisco, CA
- Ⓑ **The Judicial Council Of California** 362267478 Fontana, CA
- Ⓑ **The Judicial Council Of California** 602752271 King City, CA
- Ⓑ **The Judicial Council Of California** 602461220 Ukiah, CA
- Ⓑ **The Judicial Council Of California** 939435954 West Covina, CA
- Ⓑ **The Judicial Council Of California** 078268029 San Luis Obispo, CA
- Ⓑ **The Judicial Council Of California** 602180010 Crescent City, CA
- Ⓑ **The Judicial Council Of California** 621261536 Sacramento, CA
- Ⓑ **The Judicial Council Of California** 022124072 San Fernando, CA
- Ⓑ **The Judicial Council Of California** 363816505 Santa Cruz, CA
- Ⓑ **The Judicial Council Of California** 927988717 Shingle Springs, CA
- Ⓑ **The Judicial Council Of California** 956710032 Santa Cruz, CA
- Ⓑ **The Judicial Council Of California** 829171318 Clovis, CA
- Ⓑ **The Judicial Council Of California** 125069067 Los Angeles, CA
- Ⓑ **The Judicial Council Of California** 101135957 Los Angeles, CA
- Ⓑ **The Judicial Council Of California** 039865279 Fullerton, CA
- Ⓑ **The Judicial Council Of California** 928421015 Corcoran, CA
- Ⓑ **The Judicial Council Of California** 363573247 Bakersfield, CA
- Ⓑ **The Judicial Council Of California** 103332693 Lodi, CA
- Ⓑ **The Judicial Council Of California** 125970975 Oakland, CA
- Ⓑ **The Judicial Council Of California** 602180390 San Luis Obispo, CA
- Ⓑ **The Judicial Council Of California** 018709579 Los Angeles, CA
- Ⓑ **The Judicial Council Of California** 119799182 Weed, CA
- Ⓑ **The Judicial Council Of California** 037623704 Delano, CA
- Ⓑ **The Judicial Council Of California** 960829166 Elk Grove, CA
- Ⓑ **The Judicial Council Of California** 787935100 Fresno, CA
- Ⓑ **The Judicial Council Of California** 941807708 Pasadena, CA
- Ⓑ **The Judicial Council Of California** 622032605 Clovis, CA
- Ⓑ **The Judicial Council Of California** 960829208 Walnut Grove, CA

- Ⓑ **The Judicial Council Of California** 046747742 Victorville, CA
- Ⓑ **The Judicial Council Of California** 363682345 Santa Rosa, CA
- Ⓑ **The Judicial Council Of California** 555432616 Ventura, CA
- Ⓑ **The Judicial Council Of California** 621997956 Pittsburg, CA
- Ⓑ **The Judicial Council Of California** 154411987 Ventura, CA
- Ⓑ **The Judicial Council Of California** 603663972 Sonora, CA
- Ⓑ **The Judicial Council Of California** 037412884 San Francisco, CA
- Ⓑ **The Judicial Council Of California** 076861587 Leggett, CA
- Ⓑ **The Judicial Council Of California** 159726751 Simi Valley, CA
- Ⓑ **The Judicial Council Of California** 137831082 San Luis Obispo, CA
- Ⓑ **The Judicial Council Of California** 928340785 Point Arena, CA
- Ⓑ **The Judicial Council Of California** 928671437 Lamont, CA
- Ⓑ **The Judicial Council Of California** 362272866 Fresno, CA
- Ⓑ **The Judicial Council Of California** 602332256 Tulelake, CA
- Ⓑ **The Judicial Council Of California** 781983671 Calabasas, CA
- Ⓑ **The Judicial Council Of California** 609626429 San Diego, CA
- Ⓑ **The Judicial Council Of California** 555462530 Los Angeles, CA
- Ⓑ **The Judicial Council Of California** 002328131 Bishop, CA
- Ⓑ **The Judicial Council Of California** 364518449 Burbank, CA
- Ⓑ **The Judicial Council Of California** 933605479 Chula Vista, CA
- Ⓑ **The Judicial Council Of California** 929922714 Ventura, CA
- Ⓑ **The Judicial Council Of California** 958022642 Huntington Park, CA
- Ⓑ **The Judicial Council Of California** 103703315 Los Angeles, CA
- Ⓑ **The Judicial Council Of California** 104264648 El Monte, CA
- Ⓑ **The Judicial Council Of California** 028276512 King City, CA
- Ⓑ **The Judicial Council Of California** 876922183 Big Bear Lake, CA
- Ⓑ **The Judicial Council Of California** 005149527 Pasadena, CA
- Ⓑ **The Judicial Council Of California** 363659491 San Francisco, CA
- Ⓑ **The Judicial Council Of California** 364518027 Alhambra, CA
- Ⓑ **The Judicial Council Of California** 602461022 Clearlake, CA
- Ⓑ **The Judicial Council Of California** 938359650 El Cajon, CA
- Ⓑ **The Judicial Council Of California** 959814427 Redondo Beach, CA
- Ⓑ **The Judicial Council Of California** 103084856 Los Angeles, CA
- Ⓑ **The Judicial Council Of California** 942646126 Palm Springs, CA
- Ⓑ **The Judicial Council Of California** 364517847 Needles, CA

- **B** **The Judicial Council Of California** 024888967 San Francisco, CA
- **B** **The Judicial Council Of California** 602179442 Markleeville, CA
- **B** **The Judicial Council Of California** 601242365 King City, CA
- **B** **The Judicial Council Of California** 364525014 Torrance, CA
- **B** **The Judicial Council Of California** 119792245 Yreka, CA
- **B** **The Judicial Council Of California** 124971982 San Francisco, CA
- **B** **The Judicial Council Of California** 621998046 Weaverville, CA
- **B** **The Judicial Council Of California** 051012035 Downey, CA
- **B** **The Judicial Council Of California** 601242340 Monterey, CA
- **B** **The Judicial Council Of California** 613899079 Ridgecrest, CA
- **B** **The Judicial Council Of California** 602180218 Nevada City, CA
- **B** **The Judicial Council Of California** 602631525 San Diego, CA
- **B** **The Judicial Council Of California** 602332868 San Bernardino, CA
- **B** **The Judicial Council Of California** 942645953 San Bernardino, CA
- **B** **The Judicial Council Of California** 555460385 Visalia, CA
- **B** **The Judicial Council Of California** 602461303 Alturas, CA
- **B** **The Judicial Council Of California** 118996870 San Rafael, CA
- **B** **The Judicial Council Of California** 933605487 Vista, CA
- **B** **The Judicial Council Of California** 928590934 Fresno, CA
- **B** **The Judicial Council Of California** 602631004 Encino, CA
- **B** **The Judicial Council Of California** 929454205 Fowler, CA
- **B** **The Judicial Council Of California** 122374643 Redwood City, CA
- **B** **The Judicial Council Of California** 363659251 San Francisco, CA
- **B** **The Judicial Council Of California** 362267817 San Diego, CA
- **B** **The Judicial Council Of California** 555462639 Van Nuys, CA
- **B** **The Judicial Council Of California** 135371792 Yuba City, CA
- **B** **The Judicial Council Of California** 045807945 Martinez, CA
- **B** **The Judicial Council Of California** 088182246 San Leandro, CA
- **B** **The Judicial Council Of California** 363680059 Ventura, CA
- **B** **The Judicial Council Of California** 962285276 Perris, CA
- **B** **The Judicial Council Of California** 786846170 Madera, CA
- **B** **The Judicial Council Of California** 555431709 Chico, CA
- **B** **The Judicial Council Of California** 603663949 Woodland, CA
- **B** **The Judicial Council Of California** 555430248 Weaverville, CA
- **B** **The Judicial Council Of California** 602630873 El Centro, CA

- (B) **The Judicial Council Of California** 103807236 Richmond, CA
- (B) **The Judicial Council Of California** 941395527 Pasadena, CA
- (B) **The Judicial Council Of California** 555461524 Glendale, CA
- (B) **The Judicial Council Of California** 363814880 Stockton, CA
- (B) **The Judicial Council Of California** 602180416 Redding, CA
- (B) **The Judicial Council Of California** 363562828 Santa Barbara, CA
- (B) **The Judicial Council Of California** 808052570 Mojave, CA
- (B) **The Judicial Council Of California** 609626544 Sacramento, CA
- (B) **The Judicial Council Of California** 122446516 Los Angeles, CA
- (B) **The Judicial Council Of California** 138332742 Norwalk, CA
- (B) **The Judicial Council Of California** 555462860 Sylmar, CA
- (B) **The Judicial Council Of California** 364525121 Huntington Park, CA
- (B) **The Judicial Council Of California** 956710065 Watsonville, CA
- (B) **The Judicial Council Of California** 364522250 San Pedro, CA
- (B) **The Judicial Council Of California** 363564246 Redwood City, CA
- (B) **The Judicial Council Of California** 364524546 Pasadena, CA
- (B) **The Judicial Council Of California** 363568775 Sacramento, CA
- (B) **The Judicial Council Of California** 602572059 Yuba City, CA
- (B) **The Judicial Council Of California** 617857495 Sacramento, CA
- (B) **The Judicial Council Of California** 002224363 Beverly Hills, CA
- (B) **The Judicial Council Of California** 555461888 San Bernardino, CA
- (B) **The Judicial Council Of California** 831950555 Fresno, CA
- (B) **The Judicial Council Of California** 602460800 Napa, CA
- (B) **The Judicial Council Of California** 602752321 Madera, CA
- (B) **The Judicial Council Of California** 555461805 Big Bear Lake, CA
- (B) **The Judicial Council Of California** 938358611 Escondido, CA
- (B) **The Judicial Council Of California** 602752446 Weaverville, CA
- (B) **The Judicial Council Of California** 363813759 Salinas, CA
- (B) **The Judicial Council Of California** 933133365 Long Beach, CA
- (B) **The Judicial Council Of California** 962372124 Fresno, CA
- (B) **The Judicial Council Of California** 602630931 El Centro, CA
- (B) **The Judicial Council Of California** 622032670 Vallejo, CA
- (B) **The Judicial Council Of California** 959172289 Redondo Beach, CA
- (B) **The Judicial Council Of California** 928671452 Quincy, CA
- (B) **The Judicial Council Of California** 555432665 Redding, CA

Ⓑ **The Judicial Council Of California** 555405133 Sacramento, CA

Ⓑ **The Judicial Council Of California** 601242571 El Cajon, CA

Ⓑ **The Judicial Council Of California** 113111533 Twin Peaks, CA

Ⓑ **The Judicial Council Of California** 602752388 Mariposa, CA

Ⓑ **The Judicial Council Of California** 101788672 Auburn, CA

Ⓑ **The Judicial Council Of California** 602460842 Oroville, CA

Ⓑ **The Judicial Council Of California** 603663725 Vista, CA

Ⓑ **The Judicial Council Of California** 127113368 San Rafael, CA

Ⓑ **The Judicial Council Of California** 364521302 Inglewood, CA

Ⓑ **The Judicial Council Of California** 125975677 Oakland, CA

Ⓑ **The Judicial Council Of California** 026486170 Chino, CA

Ⓑ **The Judicial Council Of California** 067656507 San Francisco, CA

Ⓑ **The Judicial Council Of California** 062822114 Monrovia, CA

Ⓑ **The Judicial Council Of California** 942641721 Moreno Valley, CA

Ⓑ **The Judicial Council Of California** 602179962 Eureka, CA

Ⓑ **The Judicial Council Of California** 601809965 Oakland, CA

Ⓑ **The Judicial Council Of California** 829171367 Coalinga, CA

Ⓑ **The Judicial Council Of California** 363813122 San Rafael, CA

Ⓑ **The Judicial Council Of California** 602752503 Mount Shasta, CA

Ⓑ **The Judicial Council Of California** 555409002 Dinuba, CA

Ⓑ **The Judicial Council Of California** 781349675 Los Angeles, CA

Ⓑ **The Judicial Council Of California** 019677773 Woodland, CA

Ⓑ **The Judicial Council Of California** 613880277 Lamont, CA

Ⓑ **The Judicial Council Of California** 958023012 South Gate, CA

Ⓑ **The Judicial Council Of California** 602180374 Susanville, CA

Ⓑ **The Judicial Council Of California** 601244320 Lompoc, CA

Ⓑ **The Judicial Council Of California** 006635721 Santa Clara, CA

Ⓑ **The Judicial Council Of California** 555460658 Los Angeles, CA

Ⓑ **The Judicial Council Of California** 937942563 Burbank, CA

Ⓑ **The Judicial Council Of California** 602630881 Winterhaven, CA

Ⓑ **The Judicial Council Of California** 555461391 Modesto, CA

Ⓑ **The Judicial Council Of California** 928295013 Susanville, CA

Ⓑ **The Judicial Council Of California** 602460859 Auburn, CA

Ⓑ **The Judicial Council Of California** 555460682 Newport Beach, CA

Ⓑ **The Judicial Council Of California** 933605446 Bellflower, CA

- (B) **The Judicial Council Of California** 071431832 Visalia, CA
- (B) **The Judicial Council Of California** 603663956 Davis, CA
- (B) **The Judicial Council Of California** 089814821 San Jose, CA
- (B) **The Judicial Council Of California** 790665038 Tulelake, CA
- (B) **The Judicial Council Of California** 117774187 Chatsworth, CA
- (B) **The Judicial Council Of California** 102555146 Riverside, CA
- (B) **The Judicial Council Of California** 621997998 Walnut Creek, CA
- (B) **The Judicial Council Of California** 555430883 Vallejo, CA
- (B) **Judiciary Csel Of The St Of Ca** 602752461 Pittsburg, CA
- (B) **The Judicial Council Of California** 956808984 Lancaster, CA
- (B) **The Judicial Council Of California** 023501808 Fresno, CA
- (B) **The Judicial Council Of California** 958023822 Redwood City, CA
- (B) **The Judicial Council Of California** 101561335 Porterville, CA
- (B) **The Judicial Council Of California** 622032688 Barstow, CA
- (B) **The Judicial Council Of California** 555460567 Fullerton, CA
- (B) **The Judicial Council Of California** 928590645 Oroville, CA
- (B) **The Judicial Council Of California** 555462241 Rancho Cucamonga, CA
- (B) **The Judicial Council Of California** 364522235 San Fernando, CA
- (B) **The Judicial Council Of California** 609434311 Fresno, CA
- (B) **The Judicial Council Of California** 364524405 Malibu, CA
- (B) **The Judicial Council Of California** 079856140 Santa Barbara, CA
- (B) **The Judicial Council Of California** 020306375 Studio City, CA
- (B) **The Judicial Council Of California** 927988956 Coalinga, CA
- (B) **The Judicial Council Of California** 034160577 Los Angeles, CA
- (B) **The Judicial Council Of California** 059611074 Newport Beach, CA
- (B) **The Judicial Council Of California** 933605461 San Diego, CA
- (B) **The Judicial Council Of California** 555431063 Vallejo, CA
- (B) **The Judicial Council Of California** 626847123 Hayward, CA
- (B) **The Judicial Council Of California** 046848633 Santa Rosa, CA
- (B) **The Judicial Council Of California** 602180382 Auburn, CA
- (B) **The Judicial Council Of California** 956705990 Hayward, CA
- (B) **The Judicial Council Of California** 555407824 Palm Desert, CA
- (B) **The Judicial Council Of California** 101135551 Happy Camp, CA
- (B) **The Judicial Council Of California** 968820589 Ramona, CA
- (B) **The Judicial Council Of California** 029503302 Sacramento, CA

(B) **The Judicial Council Of California** 804863876 Oroville, CA
(B) **The Judicial Council Of California** 602752412 Alturas, CA
(B) **The Judicial Council Of California** 928295666 Mariposa, CA
(B) **The Judicial Council Of California** 555431824 Chico, CA
(B) **The Judicial Council Of California** 602631202 Fairfield, CA
(B) **The Judicial Council Of California** 602461345 Corning, CA
(B) **The Judicial Council Of California** 939440483 Whittier, CA
(B) **The Judicial Council Of California** 135374101 Quincy, CA
(B) **The Judicial Council Of California** 601711948 San Pedro, CA
(B) **The Judicial Council Of California** 363568957 Sacramento, CA
(B) **The Judicial Council Of California** 942641762 Moreno Valley, CA
(B) **The Judicial Council Of California** 939882478 Woodland, CA
(B) **The Judicial Council Of California** 932335565 Alameda, CA
(B) **The Judicial Council Of California** 079856156 Santa Barbara, CA
(B) **The Judicial Council Of California** 602461006 Colusa, CA
(B) **The Judicial Council Of California** 602630956 Corcoran, CA
(B) **The Judicial Council Of California** 124879870 Ridgecrest, CA
(B) **The Judicial Council Of California** 602631509 Riverside, CA
(B) **The Judicial Council Of California** 624875659 Delano, CA
(B) **The Judicial Council Of California** 150896707 Alturas, CA
(B) **The Judicial Council Of California** 555430339 Tahoe City, CA
(B) **The Judicial Council Of California** 956709562 Redwood City, CA
(B) **The Judicial Council Of California** 018908520 Tracy, CA
(B) **The Judicial Council Of California** 928590876 Kingsburg, CA
(B) **The Judicial Council Of California** 103705450 Compton, CA
(B) **The Judicial Council Of California** 611501292 Los Angeles, CA
(B) **The Judicial Council Of California** 126513170 Oakland, CA
(B) **The Judicial Council Of California** 555461359 Downey, CA
(B) **The Judicial Council Of California** 555460963 Ceres, CA
(B) **The Judicial Council Of California** 363574898 Bakersfield, CA
(B) **The Judicial Council Of California** 956705503 Pleasanton, CA
(B) **The Judicial Council Of California** 956706006 Pleasanton, CA
(B) **The Judicial Council Of California** 364518217 Beverly Hills, CA
(B) **The Judicial Council Of California** 956705644 Alameda, CA
(B) **The Judicial Council Of California** 615051265 Lompoc, CA

Ⓑ **The Judicial Council Of California** 079029075 San Diego, CA
Ⓑ **The Judicial Council Of California** 621998095 Redwood City, CA
Ⓑ **The Judicial Council Of California** 026460514 Sacramento, CA
Ⓑ **The Judicial Council Of California** 125980024 Oakland, CA
Ⓑ **The Judicial Council Of California** 555461466 Lancaster, CA
Ⓑ **The Judicial Council Of California** 100460422 Visalia, CA
Ⓑ **The Judicial Council Of California** 080152020 Lake Isabella, CA
Ⓑ **The Judicial Council Of California** 364524181 Van Nuys, CA
Ⓑ **The Judicial Council Of California** 176035897 Los Gatos, CA
Ⓑ **The Judicial Council Of California** 046871609 San Bernardino, CA
Ⓑ **The Judicial Council Of California** 942641929 Big Bear Lake, CA
Ⓑ **The Judicial Council Of California** 555407550 Palm Springs, CA
Ⓑ **The Judicial Council Of California** 555463256 Torrance, CA
Ⓑ **The Judicial Council Of California** 014832327 Yuba City, CA
Ⓑ **The Judicial Council Of California** 945609741 Indio, CA
Ⓑ **The Judicial Council Of California** 097992601 San Francisco, CA
Ⓑ **The Judicial Council Of California** 009459358 Oakland, CA
Ⓑ **The Judicial Council Of California** 113671056 San Diego, CA
Ⓑ **The Judicial Council Of California** 876927182 Needles, CA
Ⓑ **The Judicial Council Of California** 933386195 Fullerton, CA
Ⓑ **The Judicial Council Of California** 937949527 Beverly Hills, CA
Ⓑ **The Judicial Council Of California** 012138264 Los Angeles, CA
Ⓑ **The Judicial Council Of California** 008626629 El Monte, CA
Ⓑ **The Judicial Council Of California** 602179533 Salinas, CA
Ⓑ **The Judicial Council Of California** 602752404 Merced, CA
Ⓑ **The Judicial Council Of California** 876926804 Needles, CA
Ⓑ **The Judicial Council Of California** 602181125 San Jose, CA
Ⓑ **The Judicial Council Of California** 621136753 Susanville, CA
Ⓑ **The Judicial Council Of California** 364524629 Pomona, CA
Ⓑ **The Judicial Council Of California** 602179574 Jackson, CA
Ⓑ **The Judicial Council Of California** 609626536 San Jose, CA
Ⓑ **The Judicial Council Of California** 939444360 Pomona, CA
Ⓑ **The Judicial Council Of California** 124874681 Lamont, CA
Ⓑ **The Judicial Council Of California** 947580296 San Fernando, CA
Ⓑ **The Judicial Council Of California** 601810591 Berkeley, CA

Ⓑ **The Judicial Council Of California** 034185103 West Covina, CA
Ⓑ **The Judicial Council Of California** 555461110 Modesto, CA
Ⓑ **The Judicial Council Of California** 601243819 Tracy, CA
Ⓑ **The Judicial Council Of California** 140049656 Riverside, CA
Ⓑ **The Judicial Council Of California** 602179558 San Andreas, CA
Ⓑ **The Judicial Council Of California** 962135653 Inglewood, CA
Ⓑ **The Judicial Council Of California** 555461094 Inglewood, CA
Ⓑ **The Judicial Council Of California** 602179921 Willows, CA
Ⓑ **The Judicial Council Of California** 138428300 San Luis Obispo, CA
Ⓑ **The Judicial Council Of California** 037414534 Salinas, CA
Ⓑ **The Judicial Council Of California** 555461029 Pomona, CA
Ⓑ **The Judicial Council Of California** 110331480 Palmdale, CA
Ⓑ **The Judicial Council Of California** 962135489 Hemet, CA
Ⓑ **The Judicial Council Of California** 023226280 Santa Ana, CA
Ⓑ **The Judicial Council Of California** 134754147 Bellflower, CA
Ⓑ **The Judicial Council Of California** 005490334 Hacienda Heights, CA
Ⓑ **The Judicial Council Of California** 602631053 Willows, CA
Ⓑ **The Judicial Council Of California** 961603755 Santa Ana, CA
Ⓑ **The Judicial Council Of California** 124848834 Ukiah, CA
Ⓑ **The Judicial Council Of California** 608180964 Chico, CA
Ⓑ **The Judicial Council Of California** 800095304 Riverside, CA
Ⓑ **The Judicial Council Of California** 928592419 Lake Isabella, CA
Ⓑ **The Judicial Council Of California** 840571124 Eureka, CA
Ⓑ **The Judicial Council Of California** 602461360 Weaverville, CA
Ⓑ **The Judicial Council Of California** 142125017 Downieville, CA
Ⓑ **The Judicial Council Of California** 013596577 Rancho Cucamonga, CA
Ⓑ **The Judicial Council Of California** 928421205 Hanford, CA
Ⓑ **The Judicial Council Of California** 024157468 Salinas, CA
Ⓑ **The Judicial Council Of California** 014110303 San Diego, CA
Ⓑ **The Judicial Council Of California** 555430164 Weaverville, CA
Ⓑ **The Judicial Council Of California** 602630865 Brawley, CA
Ⓑ **The Judicial Council Of California** 601244346 Santa Maria, CA
Ⓑ **The Judicial Council Of California** 059640479 Santa Maria, CA
Ⓑ **The Judicial Council Of California** 362265928 Santa Clara, CA
Ⓑ **The Judicial Council Of California** 022503275 Paradise, CA

Ⓑ **The Judicial Council Of California** 154411979 Sacramento, CA

Ⓑ **The Judicial Council Of California** 364519116 Culver City, CA

Ⓑ **The Judicial Council Of California** 124877072 Mojave, CA

Ⓑ **The Judicial Council Of California** 555461615 Burbank, CA

Ⓑ **The Judicial Council Of California** 601814189 Avalon, CA

Ⓑ **The Judicial Council Of California** 038766435 Santa Barbara, CA

Ⓑ **The Judicial Council Of California** 942642182 Laguna Niguel, CA

Ⓑ **The Judicial Council Of California** 601810112 Hayward, CA

Ⓑ **The Judicial Council Of California** 011425017 Sacramento, CA

Ⓑ **The Judicial Council Of California** 602461329 Weaverville, CA

Ⓑ **The Judicial Council Of California** 031630573 Morgan Hill, CA

Ⓑ **The Judicial Council Of California** 602460990 Crescent City, CA

Ⓑ **The Judicial Council Of California** 602179970 Colusa, CA

Ⓑ **The Judicial Council Of California** 876928420 Trona, CA

Ⓑ **The Judicial Council Of California** 103331844 Oakland, CA

Ⓑ **The Judicial Council Of California** 938358462 Westminster, CA

Ⓑ **The Judicial Council Of California** 602180135 Napa, CA

Ⓑ **The Judicial Council Of California** 363680406 Ventura, CA

Ⓑ **The Judicial Council Of California** 968820837 Temecula, CA

Ⓑ **The Judicial Council Of California** 034390422 Barstow, CA

Ⓑ **The Judicial Council Of California** 928590702 South Lake Tahoe, CA

Ⓑ **The Judicial Council Of California** 781347935 Pomona, CA

Ⓑ **The Judicial Council Of California** 968111240 San Diego, CA

Ⓑ **The Judicial Council Of California** 020958950 Stockton, CA

Ⓑ **The Judicial Council Of California** 829171722 Fowler, CA

Ⓑ **The Judicial Council Of California** 939882296 Torrance, CA

Ⓑ **The Judicial Council Of California** 602631517 Corona, CA

Ⓑ **The Judicial Council Of California** 035901756 El Centro, CA

Ⓑ **The Judicial Council Of California** 102312308 Sacramento, CA

Ⓑ **The Judicial Council Of California** 555409960 Santa Ana, CA

Ⓑ **The Judicial Council Of California** 363667908 Martinez, CA

Ⓑ **The Judicial Council Of California** 119797194 Weed, CA

Ⓑ **The Judicial Council Of California** 602572190 Castroville, CA

Ⓑ **The Judicial Council Of California** 781642632 San Francisco, CA

Ⓑ **The Judicial Council Of California** 928591049 Orland, CA

- (B) **The Judicial Council Of California** 942642042 Big Bear Lake, CA
- (B) **The Judicial Council Of California** 078637825 Sacramento, CA
- (B) **The Judicial Council Of California** 150884927 Lakeport, CA
- (B) **The Judicial Council Of California** 781551536 Bakersfield, CA
- (B) **The Judicial Council Of California** 555513167 Willows, CA
- (B) **The Judicial Council Of California** 079759259 Vallejo, CA
- (B) **The Judicial Council Of California** 602460982 San Andreas, CA
- (B) **The Judicial Council Of California** 602461030 Chowchilla, CA
- (B) **The Judicial Council Of California** 364521641 Los Angeles, CA
- (B) **The Judicial Council Of California** 364517789 Big Bear Lake, CA
- (B) **The Judicial Council Of California** 943049593 Laguna Hills, CA
- (B) **The Judicial Council Of California** 959814609 Concord, CA
- (B) **The Judicial Council Of California** 148661247 Los Angeles, CA
- (B) **The Judicial Council Of California** 129824488 Merced, CA
- (B) **The Judicial Council Of California** 363812801 San Rafael, CA
- (B) **The Judicial Council Of California** 128972036 Rancho Cucamonga, CA
- (B) **The Judicial Council Of California** 104215244 Solvang, CA
- (B) **The Judicial Council Of California** 037612178 Laguna Beach, CA
- (B) **The Judicial Council Of California** 103332446 Van Nuys, CA
- (B) **The Judicial Council Of California** 028797350 San Luis Obispo, CA
- (B) **The Judicial Council Of California** 847428005 Roseville, CA
- (B) **The Judicial Council Of California** 969556604 Van Nuys, CA
- (B) **The Judicial Council Of California** 078457227 Visalia, CA
- (B) **The Judicial Council Of California** 010482955 Norwalk, CA
- (B) **The Judicial Council Of California** 555462183 Rancho Cucamonga, CA
- (B) **The Judicial Council Of California** 555430826 Fairfield, CA
- (B) **The Judicial Council Of California** 555463082 Compton, CA
- (B) **State Of California** 117646367 Sacramento, CA
- (B) **State Of California** 120245761 Los Angeles, CA
- (B) **State Of California** 076154631 Sacramento, CA
- (S) **California Department Of General Services** 961606167 West Sacramento, CA
  - (B) **California Department Of General Services** 013062448 Fresno, CA
  - (B) **California Department Of General Services** 168741023 Sherman Oaks, CA
  - (B) **California Department Of General Services** 026354683 Sacramento, CA

## CERTIFICATE-OF-SERVICE

I am an individual over the age of eighteen and not a party to the within action.  My business address is 4894 W. Lone Mtn. Rd., No. 132, Las Vegas, Nev. 89130.  My phone number is (323) 314-6996.

On **Jan. 30, 2024,** I served the following:

**Plaintiffs' Opposition to Motion to Dismiss;**

on an interested party in the above-entitled action by

__X__ via e-mail transmission, (U.S. e-filing system)

_____ personal service on the person below listed,

_____ depositing it in the U.S. Mail, postage prepaid,

and addressed to the person below listed,

> **MATTHEW L. GREEN, Bar No. 227904**
> **BEST BEST & KRIEGER LLP**
> **655 West Broadway, 15th Floor**
> **San Diego, California 92101**
> **Telephone: (619) 525-1300**
> **Facsimile: (619) 233-6118**
> **matthew.green@bbklaw.com**

I declare under penalty of perjury under Nevada law, the foregoing is true and correct.

Dated: **Jan. 30, 2024**

/s/ T. Matthew Phillips     .
Declarant

*Proof of Service*