T. MATTHEW PHILLIPS, ESQ.
Calif. State Bar No. 165833
4894 W. Lone Mountain Rd., No. 132
Las Vegas, Nevada 89130
Tel: (323) 314-6996
TMatthewPhillips@aol.com
*Plaintiff's Counsel*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT *of* CALIFORNIA

| | |
|---|---|
| 1. **JASON D'SOUZA** <br> 2. **KRISTINA EISENACHER** <br> 3. **ROB EMERT** <br> 4. **JENNIFER GARNICA** <br> 5. **KRISTEN JOSEPH** <br> 6. **RHONDA REYNA** <br> 7. **PATRICIA BOONE** <br> 8. **MARK FIDELMAN** <br> 9. **DAVID KING** <br> 10. **ALISA ROTHMAN** <br><br> *Plaintiffs* <br><br> vs. <br><br> **HON. PATRICIA GUERRERO** <br> *In Her Honor's Official Capacity* <br> *as Council Chair for the* <br> *Judicial Council of California* <br><br> *Defendants* | Case No.: 2:23-cv-08230-SVW-E <br><br> *Hon. Judge Stephen V. Wilson* <br><br> PLAINTIFFS' <br> REQUEST *for* <br> REMOTE APPEARANCE. <br> [*With Supporting Declaration* <br> *of T. Matthew Phillips, Esq*.] <br><br><br><br><br><br><br> <u>Next Hearing</u>: <br> Feb. 26, 2024 (1:30 p.m.) <br> First Street Courthouse <br> 350 W. First Street <br> L.A. Calif., 90012 <br> Courtroom 10A |

*Plaintiff's Request for Remote Appearance*, p. 1 of 4

# REQUEST *for* REMOTE APPEARANCE

### I. Introduction.

Request for Remote Appearance:  Plaintiffs, and each of them, respectfully request that their attorney be granted leave to appear remotely, (via Zoom), at the hearing on Defendant's *Motion to Dismiss*, now set for hearing on Feb. 26, 2024, (Courtroom 10A).

Good Cause:  First, Plaintiffs' counsel resides out-of-state, and second, to travel at this time would cause hardship; *therefore*, Plaintiffs contend that "good cause" exists to allow their attorney to appear remotely, (via Zoom), [*see Declaration of T. Matthew Phillips, Esq.*, (attached)].

Dated: **Feb. 12, 2024**          *Respectfully Submitted,*

*T. Matthew Phillips*
T. Matthew Phillips, Esq.
Calif. State Bar No. 165833
Telephone: (323) 314-6996
TMatthewPhillips@aol.com
*Plaintiffs' Counsel*

\*     \*     \*

# D͟ECLARATION *of* T͟. M͟ATTHEW P͟HILLIPS

My name is T. MATTHEW PHILLIPS. I am Plaintiffs' counsel-of-record. All facts alleged are true and correct of my own personal knowledge; as to those matters alleged on information and belief, I reasonably believe them true. If called upon to testify, I could and would give competent and truthful evidence to this Court.

1. If it please the Court, I request leave to appear remotely, via Zoom, on Feb. 26, 2024, at the hearing on the opponent's motion to dismiss.

2. I reside out-of-state, in Clark County, Nevada. To physically travel to Los Angeles at this time would cause hardship.

3. If the Court, *respectfully*, is inclined to grant leave, I have reliable video equipment to ensure a smooth Zoom hearing.

***I declare under penalty of perjury, pursuant to the laws of the United States, the foregoing is both true and correct.***

Dated: **Feb. 12, 2024**          *Respectfully Submitted,*

*T. Matthew Phillips*
T. Matthew Phillips, Esq.
*Declarant*

\*   \*   \*

**PROOF-OF-SERVICE**

I am an individual over the age of eighteen and not a party to the within action. My business address is 4894 W. Lone Mtn. Rd., No. 132, Las Vegas, Nev. 89130. My phone number is (323) 314-6996.

On **Feb. 12, 2024**, I served the following:

**Plaintiff's Request for Remote Appearance;**

on an interested party in the above-entitled action by

__X__ via e-mail transmission, (CACD e-filing system)

_____ personal service on the person below listed,

__\_\_\_ depositing it in the U.S. Mail, postage prepaid,

and addressed to the person below listed,

> **MATTHEW L. GREEN, Bar No. 227904**
> **BEST BEST & KRIEGER LLP**
> **655 West Broadway, 15th Floor**
> **San Diego, California 92101**
> **Telephone: (619) 525-1300**
> **Facsimile: (619) 233-6118**
> **matthew.green@bbklaw.com**

I declare under penalty of perjury under Nevada law, the foregoing is true and correct.

Dated: **Feb. 12, 2024**

                                              /s/ T. Matthew Phillips    .
                                              Declarant