MATTHEW L. GREEN, Bar No. 227904
matthew.green@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, California 92101
Telephone: (619) 525-1300
Facsimile: (619) 233-6118

Attorneys for Defendant
HON. PATRICIA GUERRERO, Chief Justice
of California and Chair of the Judicial Council
of California

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JASON D'SOUZA; et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>HON. PATRICIA GUERRERO, In Her Honor's Official Capacity as Council Chair for the Judicial Council of California,<br><br>　　　　　Defendant. | Case No. 2:23-cv-08230-SVW-E<br>Judge: Hon. Stephen V. Wilson<br><br>REQUEST FOR REMOTE APPEARANCE AT HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>Date:　　　　February 26, 2024<br>Time:　　　　1:30 p.m.<br>Courtroom:　First Street Courthouse<br>　　　　　　　350 W. First Street<br>　　　　　　　Courtroom 10A, 10th Floor<br>　　　　　　　Los Angeles, CA 90012 |

Counsel for Defendant the Honorable Patricia Guerrero, Chief Justice of California and Chair of the Judicial Council of California, respectfully submits this request to appear remotely at the hearing on Chief Justice Guerrero's motion to dismiss the First Amended Complaint.

In the event the Court does not dispense with oral argument, *see* L.R. 7-15 (allowing "[t]he Court [to] dispense with oral argument on any motion except where an oral hearing is required by statute, the F.R.Civ.P. or the[] Local Rules"), good cause exists to permit Chief Justice Guerrero's counsel to appear remotely. As set forth in the accompanying declaration of Matthew L. Green, defense counsel resides in San Diego, roughly 120 miles from the First Street Courthouse in downtown Los Angeles, and a remote appearance will serve to avoid the litigation expenses associated with traveling and appearing in-person. (Green Decl. ¶ 4.) Plaintiffs' counsel also made a similar request to appear remotely on the grounds that he lives in Clark County, Nevada, and travel to Los Angeles would cause him hardship, which the Court granted. (Dkt. Nos. 20, 21.)

Dated: February 16, 2024        BEST BEST & KRIEGER LLP

By: /s/ Matthew L. Green
MATTHEW L. GREEN
Attorneys for Defendant
HON. PATRICIA GUERRERO,
Chief Justice of California and Chair
of the Judicial Council of California