| | |
|---|---|
| 1 | MATTHEW L. GREEN, Bar No. 227904 |
| 2 | matthew.green@bbklaw.com<br>BEST BEST & KRIEGER LLP |
| 3 | 655 West Broadway, 15th Floor<br>San Diego, California 92101 |
| 4 | Telephone: (619) 525-1300<br>Facsimile: (619) 233-6118 |

Attorneys for Defendant
HON. PATRICIA GUERRERO, Chief Justice
of California and Chair of the Judicial Council
of California

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JASON D'SOUZA; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HON. PATRICIA GUERRERO, In Her Honor's Official Capacity as Council Chair for the Judicial Council of California,<br><br>Defendant. | Case No. 2:23-cv-08230-SVW-E<br>Judge: Hon. Stephen V. Wilson<br><br>DECLARATION OF MATTHEW L. GREEN IN SUPPORT OF REQUEST FOR REMOTE APPEARANCE AT HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>Date:      February 26, 2024<br>Time:     1:30 p.m.<br>Courtroom: First Street Courthouse<br>                350 W. First Street<br>                Courtroom 10A, 10th Floor<br>                Los Angeles, CA 90012 |

I, Matthew L. Green, declare as follows:

1. I have personal knowledge of the following facts, and if called to testify, I would and could testify competently thereto.

2. I am an attorney at law duly licensed to practice before all courts in the State of California. I am Of Counsel at Best Best & Krieger LLP, attorneys of record for Defendant the Honorable Patricia Guerrero, Chief Justice of California and Chair of the Judicial Council of California, in the above-captioned action.

3. In the event the Court does not dispense with oral argument on Chief Justice Guerrero's motion to dismiss the First Amended Complaint, I respectfully request to appear remotely at the hearing on the motion.

4. I reside in San Diego, roughly 120 miles from the First Street Courthouse in downtown Los Angeles, and a remote appearance will serve to avoid the litigation expenses associated with traveling and appearing in-person.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of February 2024, at San Diego, California.

_____
MATTHEW L. GREEN