UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-08230-SVW-E | Date | March 18, 2024 |
|---|---|---|---|
| Title | Jason DSouza et al v. Hon. Patricia Guerrero | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | April Lassiter-Benson | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| T. Matthew Phillips | Matthew L. Green |

**Proceedings:** MOTION to Dismiss First Amended Complaint/MOTION to Dismiss for Lack of Jurisdiction filed by Defendant [16]

The motion is granted.

: 05

Initials of Preparer  PMC