MATTHEW L. GREEN, Bar No. 227904
matthew.green@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, California 92101
Telephone: (619) 525-1300
Facsimile: (619) 233-6118

Attorneys for Defendant
HON. PATRICIA GUERRERO, Chief Justice
of California and Chair of the Judicial Council
of California

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JASON D'SOUZA, KRISTINA EISENACHER, ROB EMERT, JENNIFER GARNICA, KRISTEN JOSEPH, RHONDA REYNA, PATRICIA BOONE, MARK FIDELMAN, DAVID KING and ALISA ROTHMAN,<br><br>Plaintiffs,<br><br>v.<br><br>HON. PATRICIA GUERRERO In Her Honor's Official Capacity as Council Chair for the Judicial Council of California,<br><br>Defendant. | Case No. 2:23-cv-08230-SVW-E<br>Judge: Hon. Stephen V. Wilson<br><br>NOTICE OF LODGMENT OF PROPOSED ORDER GRANTING MOTION TO DISMISS<br><br>Complaint Filed: September 29, 2023 |

PLEASE TAKE NOTICE that Defendant the Honorable Patricia Guerrero, Chief Justice of California and Chair of the Judicial Council of California, hereby lodges the Proposed Order Granting Motion to Dismiss First Amended Complaint attached hereto.

Dated: March 26, 2024      BEST BEST & KRIEGER LLP

By: /s/ Matthew L. Green
MATTHEW L. GREEN
Attorneys for Defendant
HON. PATRICIA GUERRERO,
Chief Justice of California and Chair
of the Judicial Council of California

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JASON D'SOUZA; et al., <br><br> Plaintiffs, <br><br> v. <br><br> HON. PATRICIA GUERRERO, In Her Honor's Official Capacity as Council Chair for the Judicial Council of California, <br><br> Defendant. | Case No. 2:23-cv-08230-SVW-E <br> Judge: Hon. Stephen V. Wilson <br><br> [PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT <br><br> Complaint File:     September 29, 2023 |

The motion of Defendant the Honorable Patricia Guerrero, Chief Justice of California and Chair of the Judicial Council of California, to dismiss the First Amended Complaint ("FAC") filed by Plaintiffs Jason D'Souza, Kristina Eisenacher, Rob Emert, Jennifer Garnica, Kristen Joseph, Rhonda Reyna, Patricia Boone, Mark Fidelman, David King, and Alisa Rothman (collectively, "Plaintiffs") came on for hearing before this Court on March 18, 2024, T. Matthew Phillips appearing for Plaintiffs and Matthew L. Green appearing for Chief Justice Guerrero.

After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Chief Justice Guerrero's motion to dismiss is GRANTED without leave to amend. The Court finds that the FAC fails to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6) on the grounds that Chief Justice Guerrero is a state official, *see Wolfe v. Strankman*, 392 F.3d 358, 364 (9th Cir. 2004), and that she is therefore not a "person" subject to suit within the meaning of 42 U.S.C. § 1983, *Will v. Michigan Dept. of State Police*, 491 U.S. 58, 71, not subject to liability under *Monell v. Department of Social Services*, 436 U.S. 658 (1978), *Krainski v. Nevada ex rel. Bd. of Regents of Nevada Sys. of Higher Educ.*, 616 F.3d 963, 968 (9th Cir. 2010), and enjoys immunity from damages liability under the Eleventh Amendment, *Wolfe*, 392 F.3d at 364; and that further amendment would be futile.

**IT IS SO ORDERED.**

Dated:_____        _____
                                    UNITED STATES DISTRICT JUDGE

D'Souza, et al. v. Guerrero
United States District Court, Central District of California,
Western Division, Case No. 23-cv-08230-SVW-E

# **PROOF OF SERVICE**

I, Lisa Atwood, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 655 West Broadway, 15th Floor, San Diego, California 92101. On March 26, 2024, I served a copy of the within document(s):

**NOTICE OF LODGMENT OF PROPOSED ORDER GRANTING MOTION TO DISMISS**

☒ **By Electronic Service**. Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's EC/ECF system.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 26, 2024, at San Diego, California.

_____
Lisa Atwood

- 1 -

25508.00152\41844328.1