1  T. MATTHEW PHILLIPS, ESQ.
2  Calif. State Bar No. 165833
3  4894 W. Lone Mountain Rd., No. 132
   Las Vegas, Nevada 89130
4  Tel: (323) 314-6996
5  TMatthewPhillips@aol.com
6  *Plaintiffs' Counsel*

7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT *of* CALIFORNIA
9  _____
10                                             )  Case No.: 2:23-cv-08230-SVW-E
    1.  **JASON D'SOUZA**                       )
11  2.  **KRISTINA EISENACHER**                 )  PLAINTIFFS'
12  3.  **ROB EMERT**                           )  NOTICE *of* APPEAL.
13  4.  **JENNIFER GARNICA**                    )
14  5.  **KRISTEN JOSEPH**                      )
    6.  **RHONDA REYNA**                        )
15  7.  **PATRICIA BOONE**                      )
16  8.  **MARK FIDELMAN**                       )
17  9.  **DAVID KING**                          )
    10. **ALISA ROTHMAN**                       )
18                                              )
19          *Plaintiffs*                        )
20                                              )
21             vs.                              )  *Hon. Judge Stephen V. Wilson*
                                                )
22  **HON. PATRICIA GUERRERO**                  )
23  *In Her Honor's Official Capacity*          )
24  *as Council Chair for the*                  )
25  *Judicial Council of California*            )
                                                )
26          *Defendants*                        )
27                                              )
28  _____ )

                *Notice of Appeal*, p. 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE *of* APPEAL

PLEASE TAKE NOTICE:  Plaintiff, T. MATTHEW PHILLIPS, appeals to the *United States Court of Appeals for the Ninth Circuit*—from the minute order of the U.S. District Court, Central District, Hon. Judge Stephen V. Wilson, entered on **Mar. 20, 2024**, [ECF No. 25; (dated **Mar. 18, 2024**)].

Dated:  **Apr. 17, 2024**          Respectfully Submitted,


*T. Matthew Phillips*
_____
T. Matthew Phillips, Esq.
Calif. State Bar No. 165833
Email:  TMatthewPhillips@aol.com
Tel:  (323) 314-6996
*Plaintiff's Counsel.*

\* \* \*

**CERTIFICATE-OF-SERVICE**

I am an individual over the age of eighteen and not a party to the within action.  My business address is 4894 W. Lone Mtn. Rd., No. 132, Las Vegas, Nev. 89130.  My phone number is (323) 314-6996.

On **Apr. 17, 2024**, I served the following:

**Notice of Appeal;**

on an interested party in the above-entitled action by

__X__ via e-mail transmission, (U.S. e-filing system)

_____ personal service on the person below listed,

__ _ __ depositing it in the U.S. Mail, postage prepaid,

and addressed to the person below listed,

> **MATTHEW L. GREEN, Bar No. 227904**
> **BEST BEST & KRIEGER LLP**
> **655 West Broadway, 15th Floor**
> **San Diego, California 92101**
> **Telephone: (619) 525-1300**
> **Facsimile: (619) 233-6118**
> **matthew.green@bbklaw.com**

I declare under penalty of perjury under United States law, the foregoing is true and correct.

Dated: **Apr. 17, 2024**

/s/ T. M*atthew* P*hillips*      .
Declarant