UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-08230-SVW-E | Date | May 21, 2024 |
|---|---|---|---|
| Title | Jason DSouza et al v. Hon. Patricia Guerrero | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court move this case to the inactive calendar, pending the appeal.

The parties shall notify the Court, in writing, when the case should be returned to the active calendar

: 
Initials of Preparer    PMC