| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 14 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

JASON D'SOUZA; et al.,

    Plaintiffs - Appellants,

v.

Honorable PATRICIA GUERRERO, in her Honor's Official Capacity as Council Chair for the Judicial Council of California,

    Defendant - Appellee.

No. 24-2537

D.C. No. 2:23-cv-08230-SVW-E
Central District of California, Los Angeles

ORDER

Appellants' motion (Docket Entry No. 19) for an extension of time to file paper copies of the opening brief is granted. The paper copies have been filed.

The answering brief remains due September 3, 2024. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT