# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY — DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Lisa Atwood |
| 2a. Contact Phone Number | (619) 525-1322 |
| 3a. Contact E-mail Address | Lisa.Atwood@bbklaw.com |
| 1b. Attorney Name (if different) | Matthew L. Green |
| 2b. Attorney Phone Number | (619) 525-1370 |
| 2b. Attorney E-mail Address | Matthew.Green@bbklaw.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**

Matthew L. Green
Best Best & Krieger LLP
655 W. Broadway, 15th Floor
San Diego, CA 92101

**5. Name & Role of Party Represented:** Attorney for Defendant Hon. Patricia Guerrero, Chief Justice of California and Chair of the Judicial Council of California

**6. Case Name:** D'Souza, et al. v. Guerrero

**7a. District Court Case Number:** 2:23-cv-08230

**7b. Appeals Court Case Number:** 24-2537

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
☐ DIGITALLY RECORDED  ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: April Lassiter-Benson

**9. THIS TRANSCRIPT ORDER IS FOR:** ☒ Appeal  ☐ Non-Appeal    ☐ Criminal  ☒ Civil    ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)*

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/18/2024 | Wilson | Motion to Dismiss | ☒ | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ _____ | 3-Day |
|  |  |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ _____ |  |
|  |  |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ _____ |  |
|  |  |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ _____ |  |
|  |  |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ _____ |  |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: August 23, 2024    Signature: /s/ Matthew L. Green

G-120 (06/18)